| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Northern District of Iowa** |
| Case number *(if known)* _____ Chapter **7** |

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:** Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**  *Check one:*

   ■ Chapter 7
   ☐ Chapter 11

**Part 2:** Identify the Debtor

2. **Debtor's name**  Simply Essentials, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   47-5453468
   EIN

5. **Debtor's address**

   **Principal place of business**
   **901 North Main Street**
   Number       Street

   **Charles City IA 50616-0000**
   City            State       Zip Code

   **Floyd**
   County

   **Mailing address, if different**
   **1075 North Ave**
   Number       Street

   P.O. Box
   **Sanger CA 93657-0000**
   City            State       Zip Code

   **Location of principal assets, if different from principal place of business**

   Number       Street

   City            State       Zip Code

6. **Debtor's website** (URL)  _____

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**  *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor **Simply Essentials, LLC**     Case number *(if known)* _____

☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

■ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**    *Check one:*

■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Pop's Poultry Farm, LLC** | **Unpaid building rent for seven months due September 5, 2019 through March 5, 2020 in the amount of $19,828.00 per month.** | **$138796** |
| | | $ |
| | | $ |
| **Tyler Bortle** | **Unpaid building rent for seven months due September 5, 2019 through March 5, 2020 in the amount of $10,077.00 per month.** | **$70539** |
| | | $ |
| | | $ |
| **Lee Frie** | **Unpaid rent for building 1, 1 month at $8,778.00. Unpaid rent for building 2, 7 months at $6,440.00.** | **$53858** |
| | | $ |
| | | $ |
| **Dennis Gilbertson** | **Unpaid building rent for seven months due September 5, 2019 through March 5, 2020 in the amount of $13,928.00 per month.** | **$97496** |

Official Form 205            Involuntary Petition Against a Non-Individual            page 2

| Debtor | Simply Essentials, LLC | | Case number (if known) | |
|---|---|---|---|---|

|  |  |  | $ |
|---|---|---|---|
|  |  |  | $ |
|  | **Clyde Gumbert** | Unpaid building rent for seven months due September 5, 2019 to March 5, 2020 in the amount of $19,514.00/month less mitigation. | $**86329.75** |
|  |  |  | $ |
|  |  |  | $ |
|  | **Dale Lahn** | Unpaid building rent for seven months due September 5, 2019 through March 5, 2020 in the amount of $29,742.00 per month. | $**208194** |
|  |  |  | $ |
|  |  |  | $ |
|  | **Curt Larson** | Unpaid building rent for seven months due September 5, 2019 to March 5, 2020 in the amount of $17,547.00/month less mitigation. | $**81135.2** |
|  |  |  | $ |
|  |  |  | $ |
|  | **Mike Schlesser** | Unpaid building rent for seven months due September 5, 2019 through March 5, 2020 in the amount of $9,914.00 per month. | $**69398** |
|  |  |  | $ |
|  |  |  | $ |
|  |  | Total of petitioners' claims | $**805745.95** |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| Part 4 | Request for Relief |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Debtor | Simply Essentials, LLC | Case number (if known) | |
|---|---|---|---|

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Pop's Poultry Farm, LLC
Name

15504 120th Street
Number    Street
Aplington IA 50604-0000
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    March 5, 2020
                MM / DD / YYYY

/s/ Tom Poppens, Initial Member
Signature of petitioner or representative, including representative's title

## Attorneys

Joseph A. Peiffer
Printed name

Ag & Business Legal Strategies
Firm name, if any
PO Box 11425
Number    Street
Cedar Rapids IA 52410-0000
City                State        Zip Code
Contact phone  319-363-1641    Email

Bar number   AT0006160

State        IA

/s/ Joseph A. Peiffer
Signature of attorney
Date signed   March 6, 2020
              MM / DD / YYYY

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Tyler Bortle
Name

N3884 US Hwy 53
Number Street
Whitehall WI 54773-0000
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    March 5, 2020
                MM / DD / YYYY

/s/ Tyler Bortle
Signature of petitioner or representative, including representative's title

## Attorneys

Joseph A. Peiffer
Printed name

Ag & Business Legal Strategies
Firm name, if any
PO Box 11425
Number    Street
Cedar Rapids IA 52410-0000
City                State        Zip Code
Contact phone  319-363-1641    Email

Bar number   AT0006160

State        IA

/s/ Joseph A. Peiffer
Signature of attorney
Date signed   March 6, 2020
              MM / DD / YYYY

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Lee Frie
Name

## Attorneys

Joseph A. Peiffer
Printed name

Official Form 205            Involuntary Petition Against a Non-Individual                page 4
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Simply Essentials, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

**W648 Baures Road**
Number  Street
**Fountain City WI 54629-0000**
City  State  Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City  State  Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **March 5, 2020**
MM / DD / YYYY

**/s/ Lee Frie**
Signature of petitioner or representative, including representative's title

---

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number  Street
**Cedar Rapids IA 52410-0000**
City  State  Zip Code
Contact phone  **319-363-1641**  Email

Bar number  **AT0006160**

State  **IA**

**/s/ Joseph A. Peiffer**
Signature of attorney
Date signed  **March 6, 2020**
MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Dennis Gilbertson**
Name

**3582 High Point Road**
Number  Street
**Spring Green WI 53588-0000**
City  State  Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City  State  Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **March 6, 2020**
MM / DD / YYYY

**/s/ Dennis Gilbertson**
Signature of petitioner or representative, including representative's title

### Attorneys

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number  Street
**Cedar Rapids IA 52410-0000**
City  State  Zip Code
Contact phone  **319-363-1641**  Email

Bar number  **AT0006160**

State  **IA**

**/s/ Joseph A. Peiffer**
Signature of attorney
Date signed  **March 6, 2020**
MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Clyde Gumbert**
Name

**W626 Cty Rd Z**
Number  Street
**Mondovi WI 54755-0000**
City  State  Zip Code

**Name and mailing address of petitioner's representative, if any**

### Attorneys

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number  Street
**Cedar Rapids IA 52410-0000**
City  State  Zip Code

Official Form 205  Involuntary Petition Against a Non-Individual  page 5
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Simply Essentials, LLC | Case number *(if known)* | |
|---|---|---|---|

| | |
|---|---|
| Name | Contact phone 319-363-1641   Email |
| | Bar number AT0006160 |
| Number   Street | State IA |
| City           State      Zip Code | |
| I declare under penalty of perjury that the foregoing is true and correct. Executed on **March 5, 2020** MM / DD / YYYY | **/s/ Joseph A. Peiffer** Signature of attorney Date signed **March 6, 2020** MM / DD / YYYY |
| **/s/ Clyde Gumbert** Signature of petitioner or representative, including representative's title | |

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**Dale Lahn**
Name

**W166 Hwy 10**
Number   Street
**Mondovi WI 54612-0000**
City           State      Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City           State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 5, 2020**
MM / DD / YYYY

**/s/ Dale Lahn**
Signature of petitioner or representative, including representative's title

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number   Street
**Cedar Rapids IA 52410-0000**
City           State      Zip Code
Contact phone 319-363-1641   Email
Bar number AT0006160
State IA

**/s/ Joseph A. Peiffer**
Signature of attorney
Date signed **March 6, 2020**
MM / DD / YYYY

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**Curt Larson**
Name

**N50495 Thompson Road**
Number   Street
**Eleva WI 54738-0000**
City           State      Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number   Street
**Cedar Rapids IA 52410-0000**
City           State      Zip Code
Contact phone 319-363-1641   Email
Bar number AT0006160
State IA

Official Form 205                Involuntary Petition Against a Non-Individual                page 6
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Simply Essentials, LLC | Case number *(if known)* | |
|---|---|---|---|

City     State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 6, 2020**
MM / DD / YYYY

**/s/ Curt Larson**
Signature of petitioner or representative, including representative's title

**/s/ Joseph A. Peiffer**
Signature of attorney
Date signed **March 6, 2020**
MM / DD / YYYY

---

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**Mike Schlesser**
Name

**W682 County Rd E**
Number    Street
**Arcadia WI 54612-0000**
City     State     Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City     State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 5, 2020**
MM / DD / YYYY

**/s/ Mike Schlesser**
Signature of petitioner or representative, including representative's title

**Joseph A. Peiffer**
Printed name

**Ag & Business Legal Strategies**
Firm name, if any
**PO Box 11425**
Number    Street
**Cedar Rapids IA 52410-0000**
City     State     Zip Code
Contact phone **319-363-1641**    Email

Bar number **AT0006160**

State **IA**

**/s/ Joseph A. Peiffer**
Signature of attorney
Date signed **March 6, 2020**
MM / DD / YYYY