9/30/20 8:35AM

**Fill in this information to identify the case:**

Debtor name   **Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☑ *Schedule H: Codebtors (Official Form 206H)*
☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 30, 2020**      X  _____

Signature of individual signing on behalf of debtor

**David B. Pitman**
Printed name

**Secretary of Pitman Farms,  Sole Member and Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**   **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $        4,500,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................   $       24,970,670.13

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $       29,470,670.13

**Part 2:**   **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $       18,131,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $                0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$      132,206,929.95

4. **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b

    $      150,337,929.95

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Simply Essentials, LLC, a Delaware Limited Liability Company** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **California Bank & Trust** | Ch. 11 DIP account | 0658 | $32,247.07 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $32,247.07

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    Accounts receivable

| | | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 52,657.91 | - | 0.00 | = .... | $52,657.91 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | | Case number *(If known)* | |
| | Name | | | |

| 12. | Total of Part 3. | | $52,657.91 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** **Misc. packaging material** | $0.00 | Owner | $14,000.00 |

| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

| 33. | Total of Part 6. | | $14,000.00 |
| | Add lines 28 through 32.  Copy the total to line 85. | | |

34.    **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
■ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   Office furniture<br>**Charles City office** | $0.00 | | $5,000.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

| | |
|---|---|
| Add lines 39 through 42.  Copy the total to line 86. | $5,000.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **See attached** | $0.00 | | $657,958.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery and Equipment attached to plant-**<br>**See attached.** | $0.00 | Book value | $22,908,807.15 |
|---|---|---|---|

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(if known)* | |
| | Name | | |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $23,566,765.15 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. |  |  |  |  |
| Processing plant | Real and personal Property | $0.00 | Owner | $4,000,000.00 |
| 55.2. |  |  |  |  |
| Parking lot | Real Property | $0.00 | Owner | $50,000.00 |
| 55.3. |  |  |  |  |
| Live Shed | Real Property | $0.00 | Owner | $450,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $4,500,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites<br>website domain - no value | $0.00 | | $0.00 |
| 62. | Licenses, franchises, and royalties<br>ARKK - Terra Ingredients - license to use | $0.00 | | Unknown |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property<br>Chicken Trademark/Brand | $0.00 | | Unknown |
| 65. | Goodwill | | | |

| 66. | Total of Part 10. | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

set off claims
**Cross-complaint against Prairie's Best for Breach of Contract**

| | | |
|---|---|---|
| ***Attorney fees not included in estimated damages.** | | **$900,000.00** |
| Nature of claim | Breach of Contract | |
| Amount requested | $0.00 | |

**Claims of damages against Peitioning Creditors** — **Unknown**

| | | |
|---|---|---|
| Nature of claim | | |
| Amount requested | $0.00 | |

**Cross Complaint against AARK** — **$400,000.00**

| | | |
|---|---|---|
| Nature of claim | | |
| Amount requested | $0.00 | |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**    **$1,300,000.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $32,247.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $52,657.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $14,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,566,765.15 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $4,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,970,670.13   + 91b. | $4,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $29,470,670.13 |

## Vehicles and Trailers

| Description | Book Value |
|---|---|
| Live Haul Trailers #1091DO (APN Unknown) | $ 15,024.00 |
| 2004 Reefer 1UYS25354U3434VS2RA | $ 13,940.00 |
| 2003 Reefer GRAA0625AB704625 | $ 12,500.00 |
| 1995 Trailmobile Reefer 1PT01ANG3T900689 | $ 6,200.00 |
| 1992 Trailmobile Reefer 1PT01ANHXN9001726 | $ 3,000.00 |
| 2000 Internation Semi 1HSCBAER81J002831 & 1979 Freight Trailer N6261 | $ 14,968.00 |
| Curtaininsider-2017 Trailer #1 2LDSD5030HF063039 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #2 2LDSD5030HF063042 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #3 2LDSD5032HF063043 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #4 2LDSD5032HF063950 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #5 2LDSD5033HF063035 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #6 2LDSD5034HF063948 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #7 2LDSD5034HF063951 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #9 2LDSD5036HF063949 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #12 2LDSD5037HF063040 | $ 64,006.00 |
| | $ 657,958.00 |

| Description | | Book Values |
|---|---|---|
| **MACHINERY & EQUIPMENT** | | |
| Innova Sys (REQUIRES CURRENT LICENSE) | $ | 878,513.00 |
| Add'l Servers/Switches | $ | 5,590.00 |
| Cafeteria Chairs/Tables | $ | 27,960.00 |
| Land | $ | 20,000.00 |
| M&E Original Build | $ | 735,574.00 |
| WPL Lines | $ | 493,731.00 |
| CO2 Stun, Kill Scald PU | $ | 1,399,935.00 |
| Air Chill System | $ | 1,344,500.00 |
| Evis & Gib Harvesting System | $ | 1,439,332.00 |
| Cut-up System | $ | 884,770.00 |
| Breast Skinner | $ | 67,292.00 |
| Sensor X Bone System | $ | 364,131.00 |
| Live Bird Handling System | $ | 522,912.00 |
| Tender Hopper System | $ | 124,874.00 |
| Pallet Jacks | $ | 1,315.00 |
| Tack & Shackles | $ | 12,791.00 |
| Air Chill Hanger System | $ | 44,115.00 |
| Berry Paw System | $ | 207,997.00 |
| Box Maker | $ | 9,501.00 |
| Casee Sealer | $ | 52,144.00 |
| Conveyors - IDFI | $ | 1,418,334.00 |
| Conveyors - ProFab | $ | 297,650.00 |
| CO2 System Connections | $ | 8,345.00 |
| Cutup Saw | $ | 8,140.00 |
| CVP machine | $ | 130,938.00 |
| Double Spiral Freezer | $ | 109,780.00 |
| Electric Inst - Process Equip | $ | 1,707,858.00 |
| Elect & PLC Panels | $ | 210,174.00 |
| Engineerying - Process Equip | $ | 94,969.00 |
| Equip Commissioning Costs | $ | 1,630,695.00 |
| Eval for Loading Docks | $ | 20,300.00 |
| Fans & Heaters/Live Birds | $ | 29,836.00 |
| Feather Conveyor | $ | 33,501.00 |
| Feather Sys Snd & Catwalk | $ | 28,330.00 |
| Feather Vac System | $ | 39,142.00 |
| Hot Water System | $ | 111,587.00 |
| In Line Chill System | $ | 123,481.00 |
| First Process - installation | $ | 936,861.00 |
| Second Process -installation | $ | 533,251.00 |
| Lift Station - pumps | $ | 32,761.00 |
| Low Press Hot water Pump | $ | 11,389.00 |
| Make-up air system | $ | 359,221.00 |
| Neck Cutters | $ | 1,342.00 |
| Neck Skinner | $ | 54,103.00 |
| Piping Install - Process Equip | $ | 1,230,570.00 |
| Pressure Wash | $ | 2,731.00 |
| Pumps-Wet Well DAF | $ | 13,655.00 |
| Refrigerator System | $ | 1,180,991.00 |
| Thigh Debone Conveyor | $ | 22,372.00 |
| Tipper Tie System | $ | 37,371.00 |
| Tote/Lind Washer | $ | 49,980.00 |
| Vacuum System | $ | 255,746.00 |
| Vert Ammonia Recirculating System | $ | 36,798.00 |
| Water Softener | $ | 3,416.00 |
| Whole Bird Bagger | $ | 23,585.00 |
| Wing Seg System | $ | 264,757.00 |
| Wash  System | $ | 7,739.00 |

| | | |
|---|---|---:|
| Other Equipment | $ | 165,951.00 |
| Box Makers | $ | 155,588.00 |
| Forklifts | $ | 17,887.00 |
| Water Meter | $ | 1,812.00 |
| Marel Cages - Live Bird | $ | 285,650.00 |
| Compressors (2) | $ | 61,381.00 |
| Track System for Live Birds | $ | 12,350.00 |
| Eng - Live Haul related | $ | 39,351.00 |
| Additional IDFI conveyor | $ | 16,693.00 |
| Airphx Pathogen Control System | $ | 67,858.00 |
| Survellance System | $ | 4,237.00 |
| Capitalized Leases | $ | 345,337.00 |
| Foodmate - Opti Drum Deboner | $ | 38,094.00 |
| Plumbing-Machinery | $ | 13,517.00 |
| Meyn Rapid + V017 Deboner | $ | 885,884.00 |
| Pack-out project | $ | 40,396.00 |
| Marel X-Ray machine | $ | 144,787.00 |
| Airshirz Standard | $ | 5,528.00 |
| Whole Bird & Wing Line | $ | 25,538.00 |
| 3000 Amp Upgrade | $ | 91,707.00 |
| Meyn Wing Cutter | $ | 150,841.00 |
| Engine Room | $ | 9,215.58 |
| GIB Room | $ | 10,101.98 |
| Trench Drain | $ | 9,144.00 |
| EZ-Flow | $ | 45,015.95 |
| switch gear | $ | 79,774.36 |
| Hot Shot | $ | 11,436.08 |
| Dip Tank | $ | 66,252.55 |
| Leg drop | $ | 275,035.75 |
| thigh Debone | $ | 67,596.00 |
| Tray Pack | $ | 25,637.90 |
| Wet Well | $ | 40,534.00 |
| | **$** | **22,908,807.15** |

**Fill in this information to identify the case:**

Debtor name __**Simply Essentials, LLC, a Delaware Limited Liability Company**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF IOWA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 **Pitman Farms** | Describe debtor's property that is subject to a lien | **$4,915,000.00** | **$450,000.00** |
|---|---|---|---|
| Creditor's Name | **Live Shed** | | |

**1075 North Ave.**
**Sanger, CA 93657**
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 **Pitman Farms** | Describe debtor's property that is subject to a lien | **Unknown** | **$50,000.00** |
|---|---|---|---|
| Creditor's Name | **Parking lot** | | |

**1075 North Ave.**
**Sanger, CA 93657**
Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **U.S. Bank N.A.**
Creditor's Name

**Trustee for Fed. Agricultural Mort. Corp 1133 Rankin Street, Suite 100 Saint Paul, MN 55118**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Machinery and Equipment attached to plant- See attached.**

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **$22,908,807.15**

---

**2.4** **US Bank N.A.**
Creditor's Name

**Trustee for Fed. Agricultural Mort. Corp 1133 Rankin Street, Suite 100 Saint Paul, MN 55116**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Processing plant**

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,216,000.00**     **$4,000,000.00**

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$18,131,000.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of the West**<br>**8033 South 15th Street, Suite C**<br>**Lincoln, NE 68512** | Line  **2.4** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Simply Essentials, LLC, a Delaware Limited Liability Company** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**California Attorney General**
P.O. Box 944255
Sacramento, CA 94255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**California Dept. of Tax and
Fee Administration
Account Information Group MIC:
29**
P.O. Box 942879
Sacramento, CA 94279-0029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Delaware Secretary of State**
401 Federal St #4
Dover, DE 19901

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development Department**
**Bankruptcy/Special Procedures Group**
P.O. Box 826880 MIC 92E
Sacramento, CA 94280-0001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Floyd County Tax Collector**
101 S. Main Street, #303
Charles City, IA 50616

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Unit**
PO Box 2952
Sacramento, CA 95812-2952

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address

**Fresno County Tax Collector**
**P.O. Box 1247**
**Fresno, CA 93715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Iowa Department of Revenue**
**Office of the Attorney General of**
**Iowa**
**Attn: Bankruptcy Unit**
**1305 E. Walnut Street**
**Des Moines, IA 50319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Securities & Exchange**
**Commission**
**Attn: Bankruptcy Counsel**
**5670 Wilshire Blvd., Fl. 11**
**Los Angeles, CA 90036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**United States Attorney**
**(IRS Division)**
**(USDA Division)**
**2500 Tulare Street, Suite 4401**
**Fresno, CA 93721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**United States Department of**
**Justice**
**Civil Trial Section, Western Region**
**Box 683, Ben Franklin Station**
**Washington, DC 20044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Academy Bank, NA**
**1111 Main Street, Suite 1600**
**Kansas City, MO 64105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delaware UCC-1 filed 2/28/17 and 3/2/17**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ag Business & Legal Strategies**
**Joseph A. Peiffer**
**PO Box 11425**
**Cedar Rapids, IA 52410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Attorneys for Involuntary Petitioners - for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Arbitration Association**
**150 N Michigan Ave #3050**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Applegate & Thorne-Thomsen, PC**
Dan Klaff
440 S. LaSalle Street, Suite 1900
Chicago, IL 60605

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Attorneys for CSDP Subsidiary CDE 3, LLC and VAF Sub-CDE 53, LLC (NMTC)- for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ARKK Food Company**
dba Trade Source
1750 S Telegraph Road., #310
Bloomfield Hills, MI 48302

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Party to Arbitration in progress

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Baird Holm LLP**
Steven Turner
1700 Farnam Street, suite 1500
Omaha, NE 68102

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Attorneys for Farmer Mac - for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Baker Manock & Jensen**
Jan T Perkins
Jackson Waste
5260 North Palm Ave. Fourth Floor
Fresno, CA 93704

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Attorneys for Pitman Farms - For notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bassford Remele**
Kevin Hickey
100 S. 5th St. Minneapolis
Minneapolis, MN 55402

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Attorneys for Debtor - for notice purposes (Minnesota State Court action)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.83 |

**Charles City**
Floyd County
101 South Main Street
Charles City, IA 50616

Date(s) debt was incurred __

Last 4 digits of account number  0003

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Chris Uhlenkamp**
18848 Jewel Road
Little Falls, MN 56346

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clyde Gumbert**
W626 County Road Z
Mondovi, WI 54755

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cooper White & Cooper**
Peter C. Califano
201 California Street, 17th Floor
San Francisco, CA 94111

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crown Equipment Corporation**
44 S. Washington Street
New Bremen, OH 45869

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Delaware UCC-1 filed 6/26/8 - all equipment returned

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSDP Subsidiary CDE 3, LLC**
c/o Central States Development Partners
Brian Hollenbeck
100 19th Street, Suite 109
Rock Island, IL 61201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lender in NMTC Agreement (see PNC CDE 80, LLC
for claim amount)

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curt Larson**
7691 Hickory Road
Eau Claire, WI 54701

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dale Lahn**
W27133 Hallis Lane
Eleva, WI 54738

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dan Schlichting**
1435 125th
Rice, MN 56367

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Simply Essentials, LLC, a Delaware Limited Liability Company**                    Case number (if known) _____
        _____
        Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daspin & Aument, LLP**
**D. Albert Daspin**
**300 S. Wacker Drive**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Attorneys for OIRE Kansas C, LLC (landlord) - for notice purposes (NMTC)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**David Welle**
**19737 305TH AVE.**
**Pierz, MN 56364**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Grower claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Davis Brown Law**
**Jason Stone**
**215-10th Street, Suite 1300**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Attorney for NMTC - For notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Dennis Gilbertson**
**3582 High Point Road**
**Spring Green, WI 53580**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Grower claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |

**Dowling Aaron**
**PO Box 28902**
**Fresno, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Farmer Mac**
**1999 K. Street NW**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **For notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Floyd Kevin Ringler**
**3190 Baker Road**
**Fairfax, MN 55332**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Grower claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | Fox Rothschild, LLP | ☐ Contingent |
| | Archana Nath | ☐ Unliquidated |
| | Jeff Bouslog | ☐ Disputed |
| | 222 South Ninth Street, suite 2000 | |
| | Minneapolis, MN 55402 | Basis for the claim: <u>Attorneys for Pitman Farms, Inc. - for notice purposes</u> |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | Freeborn & Peters, LLP | ☐ Contingent |
| | Todd J. Ohlms | ☐ Unliquidated |
| | Tonita M. Helton | ☐ Disputed |
| | 311 South Wacker Drive, Suite 3000 | |
| | Chicago, IL 60606 | Basis for the claim: <u>Attorneys for ARKK Food Company, LLC in pending lawsuit and in Joinder to Involuntary Petition- for notice purposes</u> |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | Gislason & Hunter LLP | ☐ Contingent |
| | Dustan J. Cross | ☐ Unliquidated |
| | 2700 South Broadway | ☐ Disputed |
| | New Ulm, MN 56073 | |
| | | Basis for the claim: <u>Attorneys for Prairie's Best - For notice purposes</u> |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | Gumbert Brookfield Farms | ■ Contingent |
| | 626 County Road Z | ■ Unliquidated |
| | Mondovi, WI 54755 | ■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Grower claim</u> |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | Huff & Vanderbeek, LLP | ☐ Contingent |
| | 7112 N. Fresno, St #140 | ☐ Unliquidated |
| | Fresno, CA 93720 | ☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Accountants for Debtor - For notice purposes</u> |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | Iowa Community Capital | ☐ Contingent |
| | Mark A. Edleman | ☐ Unliquidated |
| | 915 8th Street, Suite 205 | ☐ Disputed |
| | Boone, IA 50036 | |
| | | Basis for the claim: <u>Lender in NMTC Agreement (see PNC CDE 80, LLC for claim amount)</u> |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | John Tschida | ■ Contingent |
| | 8806 170th Avenue | ■ Unliquidated |
| | Royalton, MN 56373 | ■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Grower claim</u> |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kostner, Koslo & Brovold, LLC**
**Karina O'Brien**
**108 West Main Street**
**Arcadia, WI 54612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Attorneys for Rick Weltzien - for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kuehl Turkeys, LLC**
**Shane Kuehl**
**1550 230th Street**
**Truman, MN 56088**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Grower claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lathrop Gage, LLP**
**Jared M. Minkoff**
**2345 Grand Blvd. Suite 2200**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Attorneys for PNC CDE 80, LLC (NMTC)- for Notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Offices of Kenneth J. Freed**
**PO Box 5914**
**Sherman Oaks, CA 91413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Attorneys for Ryder Truck Rental, Inc. - for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lee Frie**
**W648 Baures Road**
**Fountain City, WI 54629**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Grower claim

Last 4 digits of account number  ite1

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lee Frie**
**S2332 Country Road E**
**Arcadia, WI 54612**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Grower claim

Last 4 digits of account number  ite2

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,476.56 |
|---|---|---|---|

**Midamerican Energy Company**
**PO Box 8020**
**Davenport, IA 52808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0073

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.39**

Nonpriority creditor's name and mailing address

**Mike Schlesser**
**W682 Country RoadE**
**Arcadia, WI 54612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.40**

Nonpriority creditor's name and mailing address

**Motschiedler, Michaelides, Wishon,**
**Brewer & Ryan, LLP**
**Russell K. Ryan**
**1690 West Shaw Ave., Suite 200**
**Fresno, CA 93711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys for Debtor -For notice purposes

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.41**

Nonpriority creditor's name and mailing address

**Nixon Peabody, LLP**
**Gregory N. Doran**
**779 9th Street NW, Suite 500**
**Washington, DC 20001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys for Iowa Community Capital (NMTC) - for notice purposes

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.42**

Nonpriority creditor's name and mailing address

**NMTC**
**10 Terrace Ct**
**Madison, WI 53718**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$34,000,000.00

---

**3.43**

Nonpriority creditor's name and mailing address

**OIRE Kansas C, LLC**
**Vice President**
**10350 Bren Road West**
**Hopkins, MN 55343**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For notice purposes (NMTC)

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.44**

Nonpriority creditor's name and mailing address

**Pitman Family Farms, LLC**
**1075 North Ave.**
**Sanger, CA 93657**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For notice purposes

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.45**

Nonpriority creditor's name and mailing address

**Pitman Farms, Inc.**
**1075 North Ave.**
**Sanger, CA 93657**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans/Advances/Guarantees

Is the claim subject to offset? ■ No  ☐ Yes

$94,857,694.71

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46** Nonpriority creditor's name and mailing address
Pitman Farms, Inc.
1075 North Ave.
Sanger, CA 93657

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$800,055.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Additional advances**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address
PNC CDE 80, LLC
c/o PNC Financial Services Group
The Tower at PNC Plaza
300 Fifth Avenue, 14th Floor
Pittsburgh, PA 15222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lender on NMTC agreement - For Notice Purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address
PNC New Markets Investment Partners, LLC
c/o PNC Financial Services Group
NMTC Asset Management
300 Fifth Avenue, 14th Floor
Pittsburgh, PA 15222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes (NMTC)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
Pop's Poultry Farm
Tom Poppen
33416 Grand Ave.
Aplington, IA 50604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Grower claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
Prairie's Best Farms, Inc.
68808 Fort Road
Fairfax, MN 55332

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,110,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.51** Nonpriority creditor's name and mailing address
Prichard Law Office, PC.
Todd P. Prichard
103 North Main Street
Charles City, IA 50616

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for Thomas A. Belmer - for notice purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address
Ray Weltzien
W23918 Holcomb Coulee Road
Galesville, WI 54630

Date(s) debt was incurred _
Last 4 digits of account number **ite1**

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Grower claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ray Weltzien
W23918 Holcomb Coulee Road
Galesville, WI 54630

Date(s) debt was incurred __
Last 4 digits of account number __ ite2

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Grower claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ray Weltzien
W23918 Holcomb Coulee Road
Galesville, WI 54630

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Reinhart Boerner Van Deuren
David B. Schulz
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Attorneys for Pitman Farms - For notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Rick Weltzien
N20222 State Road 93
Galesville, WI 54630

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Grower claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Rodney Boser
20645 275th Ave
Pierz, MN 56364

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Grower claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Rustic Ridge Farm
Eric Glasson
12395 Stockyard Road
Montfort, WI 53569

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Grower claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,007.36**

Ryder Transportation Services
PO Box 96723
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.60**

Nonpriority creditor's name and mailing address

**Simply Essentials Beef, LLC**
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For notice purposes - Agent for service of process

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61**

Nonpriority creditor's name and mailing address

**Simply Essentials Holdings, LLC**
Dennis Krause
12980 Foster, Suite 220
Overland Park, KS 66223

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62**

Nonpriority creditor's name and mailing address

**Taft Stettinius & Hollister, LLP**
Jack Perry
80 South 8th Street
2200 IDS Center
Minneapolis, MN 55402

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys for Plaintiffs Kuehl Poultry, LLC Rodney Boser, Dan Schlichting, John Tschida, Chris Uhlenkamp, and David Welle - for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63**

Nonpriority creditor's name and mailing address

**Tyler Bortle**
N40662 Fuller Coulee Road
Whitehall, WI 54773

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64**

Nonpriority creditor's name and mailing address

**United States Department of Labor**
200 Constitution Ave., NW
Washington, DC 20210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.65**

Nonpriority creditor's name and mailing address

**VAF Sub-CDE 53, LLC**
Michael Ross
205 N. Michigan Avenue, 28th Floor
Chicago, IL 60601

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lender on NMTC Agreement (see PNC CDE 80, LLC for claim amount)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.66**

Nonpriority creditor's name and mailing address

**Wandro & Associates, PC**
Terry Gibson
2501 Grand Ave. B
Des Moines, IA 50312

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Iowa attorneys for Debtor - for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wells Fargo Bank NA**
**300 Tri-State International, Suite 400**
**Lincolnshire, IL 60069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Delaware UCC-1 filed 2/24/17 for forklift- paid in full**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424,236.89 |
|---|---|---|---|

**WESTERN GRAIN & MILLING**
**1075 NORTH AVE**
**SANGER, CA 93657**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 132,206,929.95 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 132,206,929.95 |

**Fill in this information to identify the case:**

Debtor name **Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Master Broker Agreement for the purpose of promoting the sale of Debtor's products to customers. Disputed claim. Pending arbitration.** |
| | State the term remaining | |
| | List the contract number of any government contract | **ARKK Food Company dba Food Source 1750 S. Telegraph Ave., suite 310 West Bloomfield, MI 48322** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement where IA state witholdings goes into 260E program for Debtor to later access and use funds as training income.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Baker Tilly Capital, LLC PO Box 7398 Madison, WI 53707** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for part of Iowa State withholdings to go to the 260E program to be used as training income.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Baker Tilly Capital, LLC PO Box 7398 Madison, WI 53707** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow Debtor's broiler chickens to market weight (grower contract).** |
| | | **Chris Uhlenkamp 18848 Jewel Road Little Falls, MN 56346** |

Debtor 1 | Simply Essentials, LLC, a Delaware Limited Liability Company
---|---
 | First Name        Middle Name        Last Name

Case number (*if known*) _____

![] **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  | State the term remaining | **8 years** |
|---|---|---|
|  | List the contract number of any government contract | _____ |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow Debtor's broiler chickens to market weight (grower contract).** |  |
|---|---|---|---|
|  | State the term remaining | **13 years** | **Clyde & Debbie Gumbert** |
|  | List the contract number of any government contract | _____ | **626 County Road Z Mondovi, WI 54755** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Rent of parking lot located at Lot 11 in Block 139 in Charles City, Iowa (Parcel ID# 1206301002) for $2,708/year.** |  |
|---|---|---|---|
|  | State the term remaining | **Debtor is lessor. Dated as of August 1, 2019. Renews annually unless either party terminates.** |  |
|  | List the contract number of any government contract | _____ | **Croell Redi-Mix, Inc. 300 50th Ave. Ct. SW Cedar Rapids, IA 52404** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow Debtors broiler chickens to market weight (grower contract).** |  |
|---|---|---|---|
|  | State the term remaining | **8 years** | **Curtis Larson** |
|  | List the contract number of any government contract | _____ | **7691 Hickory Road Eau Claire, WI 54701** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow Debtor's broiler chickens to market weight (grower contract).** |  |
|---|---|---|---|
|  | State the term remaining | **Not indicated** | **Dale Lahn** |
|  | List the contract number of any government contract | _____ | **27133 Hallis Lane Eleva, WI 54738** |

9/30/20 8:36AM

Debtor 1 | Simply Essentials, LLC, a Delaware Limited Liability Company | | Case number *(if known)* |
| First Name | Middle Name | Last Name |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Dan Schlichting<br>1435 125th<br>Rice, MN 56367 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 3 years 2 months | |
| | List the contract number of any government contract | | David Welle<br>19737 305TH AVE.<br>Pierz, MN 56364 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | Not listed | |
| | List the contract number of any government contract | | Dennis Gilbertson<br>3582 High Point Road<br>Spring Green, WI 53580 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 8 years | |
| | List the contract number of any government contract | | Floyd Kevin Ringler<br>3190 Baker Road<br>Fairfax, MN 55332 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 13 years | |
| | List the contract number of any government contract | | Gumbert Brookview Farms, LLC<br>626 Country Road Z<br>Mondovi, WI 54755 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  **Simply Essentials, LLC, a Delaware Limited Liability Company**

First Name          Middle Name          Last Name

Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 3 years 2 months | John Tschida |
| | List the contract number of any government contract | _____ | 8806 170th Avenue Royalton, MN 56373 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 13 years | Kuehl Turkeys, LLC Shane Kuehl |
| | List the contract number of any government contract | _____ | 1550 230th Street Truman, MN 56088 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 5 months | Lee Frie |
| | List the contract number of any government contract | _____ | W648 Baures Road Fountain City, WI 54629 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 8 years | Lee Frie |
| | List the contract number of any government contract | _____ | S2332 Country Road E Arcadia, WI 54612 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 13 years | Mike & Tina Schlesser |
| | List the contract number of any government contract | _____ | W682 Country Road E Arcadia, WI 54612 |

Debtor 1 **Simply Essentials, LLC, a Delaware Limited Liability Company**
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative services agreement.** |
| | State the term remaining | |
| | List the contract number of any government contract | Pitman Farms, Inc.<br>1075 North Ave.<br>Sanger, CA 93657 |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **NMTC fee simple agreement.** |
| | State the term remaining | PNC CDE 80, LLC<br>c/o PNC Financial Services Group<br>The Tower at PNC Plaza<br>300 Fifth Avenue, 14th Floor |
| | List the contract number of any government contract | Pittsburgh, PA 15222 |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow Debtor's broiler chickens to market weight (grower contract).** |
| | State the term remaining | |
| | List the contract number of any government contract | Pop's Poultry Farm<br>15504 120th<br>Aplington, IA 50604 |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow Debtor's broiler chickens to market weight (grower contract).** |
| | State the term remaining | |
| | List the contract number of any government contract | Ray Weltzien<br>W23918 Holcomb Coulee Road<br>Galesville, WI 54630 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow Debtor's broiler chickens to market weight (grower contract).** |
| | State the term remaining | **3 years** |
| | List the contract number of any government contract | Rick Weltzein<br>N20222 State Road 93<br>Galesville, WI 54630 |

Debtor 1   **Simply Essentials, LLC, a Delaware Limited Liability Company**          Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 3 years 5 months | Rodney Boser |
| | List the contract number of any government contract | _____ | 20645 275th Ave<br>Pierz, MN 56364 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | Not listed | Rustic Ridge Farm<br>Eric Glasson |
| | List the contract number of any government contract | _____ | 12395 Stockyard Road<br>Montfort, WI 53569 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow Debtor's broiler chickens to market weight (grower contract). Barn destroyed, contract disputed. | |
|---|---|---|---|
| | State the term remaining | 13 years | Tyler Bortle |
| | List the contract number of any government contract | _____ | N40662 Fuller Coulee Road<br>Whitehall, WI 54773 |

**Fill in this information to identify the case:**

Debtor name    **Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                        *Column 2: Creditor*

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | Pitman Farms | 1075 North Ave.<br>Sanger, CA 93657 | | Guarantee re NMTC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **10/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | $360,498.71 |
   | **For year before that:**<br>From **10/01/2018** to  **9/30/2019** | ■ Operating a business<br>☐ Other | $59,012,530.33 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **See attached** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(if known)* |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached** | **See attached** | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Thomas A. Belmer v. Simply Essentials, LLC**<br>EQCV031375 | **Civil** | **Iowa District Court in and for Floyd County**<br>101 S. Main Street, #305<br>**Charles City, IA 50616** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.   **ARKK Food Company, LLC v. Simply Essentials, LLC** | | **American Arbitration Association** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   **Rodney Boser, Keuhl Turkey LLC, Dan Schlichting, John Tschida, Chris Uhlenkamp, and Dave Welle v. Simply Essentials, LLC**<br>49-cv-19-1751 | **Civil** | **County of Morrison**<br>213 1st Avenue Southeast<br>**Little Falls, MN 56345** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.   **City Laundering Company v. Simply Essenitals, LLC**<br>LACV031532 | **Civil** | **Linn County District Court**<br>51 3rd Ave Bridge<br>**Cedar Rapids, IA 52401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number *(if known)* | |

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | $15,014.50 was paid by Debtor to lawfirm in year prior to the Involuntary Petition being filed for general legal representation.  In addition, and subsequent to the filing of the Involuntary Petition, the Debtor paid to the lawfirm the amount of $ 185,019.76 at various times related to representation in this proceeding, representation in negotiations with creditors and prospective purchasers and representation in the Chapter 11 proceeding filed by the Debtor in CA.  See attached Disclosure. | | |
| | Wanger Jones Helsley, PC<br>265 E. River Park Circle, Ste. 310<br>Fresno, CA 93720 | | various. | $15,014.50 |

Email or website address
www.WJHattorneys.com

Who made the payment, if not debtor?

Debtor    **Simply Essentials, LLC, a Delaware Limited Liability Company**    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | 3/24/20 (paid post-filing of the Invol. Petition). | |
| **Wandro & Associates, PC 2501 Grand Ave. B Des Moines, IA 50312** | | | $20,000.00 |
| Email or website address **www.wandroandassociates.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Pitman Farms 1075 North Ave Sanger, CA 93657** | **See attached** | **Various** | $6,064,371.27 |
| Relationship to debtor **Member/Manager** | | | |
| 13.2. **Leopoldo Caballero 26 Broadway, Suite 375 New York, NY 10004** | **1995 Peterbilt Daycab in exchange for A/P owed** | 2/29/20 | $5,453.12 |
| Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **12980 Foster Street. Suite 220 Overland Park, KS 66213** | **2017-June 2018** |

**Part 8:    Health Care Bankruptcies**

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number *(if known)* | |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan
    SIMPLY ESSENTIALS RTMT 401K PLAN - Terminated

    Employer identification number of the plan
    EIN:  47-5453468

    Has the plan been terminated?
    ☐ No
    ■ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of the West<br>8033 South 15th Street, Suite C<br>Lincoln, NE 68512 | XXXX-3951 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/9/20 | $0.00 |
| 18.2. | Bank of the West<br>8033 South 15th Street, Suite C<br>Lincoln, NE 68512 | XXXX-7192 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/9/20 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Simply Essentials, LLC, a Delaware Limited Liability Company**    Case number (if known)

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Bank of the West**<br>8033 South 15th Street, Suite C<br>Lincoln, NE 68512 | XXXX-7226 | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | 3/9/20 | $0.00 |
| 18.4. | **PNC Bank**<br>11 Penn PLZ<br>7th & W 31st Street<br>New York, NY 10001 | XXXX-7266 | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | **4/16/20- money moved into account ending in 7274.** | $15.87 |
| 18.5. | **Bank of the West** | XXXX-5201 | □ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | **August of 2020- funds transferred to DIP account.** | $2,220.31 |
| 18.6. | **Bank of America** | XXXX-7374 | □ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | **8-20-2020 - Funds transferred to DIP account** | $1,101.37 |
| 18.7. | **PNC Bank** | XXXX-7274 | □ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | **8-26-2020- Funds transferred to DIP account** | $28,968.39 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | . | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number *(if known)* |
|--------|-----|------|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|

---

Debtor    **Simply Essentials, LLC, a Delaware Limited Liability Company**                    Case number *(if known)*

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Huff & Vanderbeek, LLP** <br> **7112 N. Fresno, St #140** <br> **Fresno, CA 93720** | **11/2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Huff & Vanderbeek, LLP** <br> **7112 N. Fresno, St #140** <br> **Fresno, CA 93720** | |
| 26c.2. | **David B. Pitman** <br> **1075 North Ave.** <br> **Sanger, CA 93657** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **PNC Bank** <br> **300 Fifth Ave., 14th Floor** <br> **Pittsburgh, PA 15222-2401** |
|---|---|
| 26d.2. | **Baker Tilly Capital, LLC** <br> **PO Box 7398** <br> **Madison, WI 53707-7398** |
| 26d.3. | **Bank of the West/Farmer Mac** <br> **8033 South 15th St., Ste. C** <br> **Lincoln, NE 68512** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 | **David B. Pitman** | | |

**Name and address of the person who has possession of inventory records**

**David Pitman**
**1075 North Ave.**
**Sanger, CA 93657**

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor **Simply Essentials, LLC, a Delaware Limited Liability Company**    Case number *(if known)* _____

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pitman Farms, Inc. | 1075 North Ave. Sanger, CA 93657 | Sole-member and manager | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard J. Pitman | 1075 North Ave. Sanger, CA 93657 | President and Manager of Pitman Farms, Inc. | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David B. Pitman | 1075 North Ave. Sanger, CA 93657 | Secretary/Treasurer of Pitman Farms, Inc. | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SA # 4 | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Pitman Farms | EIN: 94-2227381 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| See SA #17 | EIN: |

9/30/20 8:35AM

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |

## Part 14: Signature and Declaration

**WARNING — Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 30, 2020___

_____
Signature of individual signing on behalf of the debtor

**David B. Pitman**
Printed name

Position or relationship to debtor    **Secretary of Pitman Farms,  Sole Member and Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy



| Series | TRX Date | GL Account | Bank Name | Debit Amount | Credit Amount | Paid TO | Check # | Originating TRX Source | Reference |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | $ 53,869.55 | BAKER MANOCK & JENSEN Total | | | |
| | | | | $ - | $ 53,558.10 | BASSFORD REMELE Total | | | |
| | | | | $ - | $ 3,500.00 | C.H. ROBINSON WORLDWIDE, INC. Total | | | |
| | | | | $ - | $ 254.00 | CANDY LORANCE Total | | | |
| | | | | $ - | $ 1,503.88 | CITY OF CHARLES CITY Total | | | |
| | | | | $ - | $ 500.00 | COMPENSATION BENEFIT PLANNING INC Total | | | |
| | | | | $ - | $ 6,111.94 | CRYSTAL DISTRIBUTION Total | | | |
| | | | | $ - | $ 1,035.75 | DAVID RUBENSTEIN Total | | | |
| | | | | $ - | $ 301.50 | DAVIS BROWN LAW FIRM Total | | | |
| | | | | $ - | $ 34,827.21 | EBMS Total | | | |
| | | | | $ - | $ 500.00 | ELITE COLD STORAGE Total | | | |
| | | | | $ - | $ 13.25 | ELWOOD, O'DONOHOE, BRAUN & WHITE, LLP Total | | | |
| | | | | $ - | $ 530.05 | ERIC BRUNSEN, CPA Total | | | |
| | | | | $ - | $ 3,774.66 | GRACE LABEL INC Total | | | |
| | | | | $ - | $ 978.65 | IBRAIME, AKIROU Total | | | |
| | | | | $ - | $ 1,177.83 | JENDRO SANITATION SERVICES Total | | | |
| | | | | $ - | $ 571.14 | MICROSOFT Total | | | |
| | | | | $ - | $ 18,679.87 | MIDAMERICAN ENERGY CO Total | | | |
| | | | | $ - | $ 1,061.41 | MIDAMERICAN ENERGY SERVICES, LLC Total | | | |
| | | | | $ - | $ 17,695.77 | MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP Total | | | |
| | | | | $ - | $ 1,946.98 | NAUTISI HEALTH SOLUTIONS Total | | | |
| | | | | $ - | $ 574.73 | NEWMAN'S BERFIGERATED SERVICE, INC. Total | | | |
| | | | | $ - | $ 6.00 | PERMITS PLUS, INC Total | | | |
| | | | | $ - | $ 154,597.16 | PNC BANK Total | | | |
| | | | | $ - | $ 600.00 | RENEWABLE ENERGY SUPPLIERS Total | | | |
| | | | | $ - | $ 2,389.09 | STATE OF OHIO DEPARTMENT OF TAXATION Total | | | |
| | | | | $ - | $ 22,834.00 | TREASURER FLOYD CO Total | | | |
| | | | | $ - | $ 5,241.00 | WANGER JONES HELSLEY PC Total | | | |
| | | | | $ - | $ 388,910.52 | Grand Total | | | |

| Vendor Name | Document Type | Document Date | Document Number | Document Amount | Voided | Dates of Service |
|---|---|---|---|---|---|---|
| **BEN PITMAN** | | | | | | |
| BEN PITMAN | Invoice | 10/21/19 102119 | | $ 3,470.84 | No | reimb. Expenses |
| BEN PITMAN | Payment | 11/04/19 001211 | | $ (3,470.84) | No | |
| | | | | | | |
| | | | **PITMAN FAMILY FARMS** | | | |
| PITMAN FAMILY FARMS | Invoice | 03/05/19 CII0000166 | | $ 4,140.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Payment | 03/08/19 009992 | | $ (4,140.00) | No | |
| PITMAN FAMILY FARMS | Invoice | 03/11/19 CII0000177 | | $ 10,242.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 03/18/19 CII0000188 | | $ 8,190.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Payment | 03/22/19 010163 | | $ (18,432.00) | No | |
| PITMAN FAMILY FARMS | Invoice | 04/01/19 CII0000203 | | $ 7,200.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 04/08/19 CII0000212 | | $ 5,111.10 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 04/23/19 CII0000222 | | $ 6,281.10 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 04/23/19 CII0000223 | | $ 9,810.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 04/01/19 CII0000207 | | $ 6,750.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Payment | 04/26/19 010404 | | $ (35,152.20) | No | |
| PITMAN FAMILY FARMS | Invoice | 05/15/19 CII0000252 | | $ 14,310.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 05/15/19 CII0000253 | | $ 12,150.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 05/15/19 CII0000254 | | $ 4,810.50 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 05/21/19 CII0000264 | | $ 10,530.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Payment | 05/30/19 010800 | | $ (41,800.50) | No | |
| PITMAN FAMILY FARMS | Invoice | 05/30/19 CII0000282 | | $ 12,600.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 06/10/19 CII0000293 | | $ 9,066.60 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Invoice | 05/13/19 CII0000303 | | $ 8,190.00 | No | baby chicks sold to Simply from PFF hatchery |
| PITMAN FAMILY FARMS | Payment | 07/09/19 011351 | | $ (29,856.60) | No | |
| | | **Total payments to PFF** | | $ (129,381.30) | | |
| | | | | | | |
| | | | **PITMAN FARMS** | | | |
| PITMAN FARMS INC | Invoice | 02/28/19 672753 | | $ 283,802.27 | No | |
| PITMAN FARMS INC | Payment | 03/08/19 009993 | | $ (283,802.27) | No | |
| PITMAN FARMS INC | Invoice | 03/11/19 655143 | | $ 5,718.66 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Payment | 03/15/19 010066 | | $ (5,718.66) | No | |
| PITMAN FARMS INC | Invoice | 02/28/20 675095 | | $ 1,534.06 | No | Reimb. PF for healthcare exp |
| PITMAN FARMS INC | Invoice | 03/18/19 CREDIT000000091 | | $ 43,454.33 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Payment | 03/22/19 010164 | | $ (44,988.39) | No | |
| PITMAN FARMS INC | Invoice | 03/22/19 672731 | | $ 22,240.99 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Invoice | 03/26/19 673001 | | $ 15,917.69 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Invoice | 03/26/19 673077 | | $ 9,566.46 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Invoice | 03/26/19 673495 | | $ 10,421.82 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Invoice | 03/26/19 673510 | | $ 23,602.58 | No | Winco Pmt owed to PF |

PITMAN Fi Credit Mer 05/31/19 690478    $ 16,958.77    No
PITMAN Fi Credit Mer 02/29/20 702999-CA $ 3,692.31    No

| Name | Type | Date / Number | Amount | | Cleared | Memo |
|---|---|---|---|---|---|---|
| PITMAN FARMS INC | Invoice | 03/26/19 673897 | $ | 4,401.35 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Payment | 03/29/19 010199 | $ | (86,550.89) | No | |
| PITMAN FARMS INC | Invoice | 03/31/19 678275 | $ | 345,747.41 | No | March 2019 Loan Interest |
| PITMAN FARMS INC | Invoice | 03/31/19 681959 | $ | 66,039.91 | No | March Reimb. Healthcare & outside labor |
| PITMAN FARMS INC | Invoice | 04/04/19 678615 | $ | 4,515.14 | No | processed chicken |
| PITMAN FARMS INC | Invoice | 04/09/19 679458 | $ | 9,659.06 | No | processed chicken |
| PITMAN FARMS INC | Invoice | 04/09/19 676526 | $ | 13,060.22 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Invoice | 04/16/19 676384 | $ | 19,937.85 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Payment | 04/26/19 010405 | $ | (458,959.59) | No | |
| PITMAN FARMS INC | Invoice | 03/31/19 681963 | $ | 68,173.04 | No | Reimb. PF for healthcare exp |
| PITMAN FARMS INC | Invoice | 04/16/19 680723 | $ | 132.00 | No | processed chicken |
| PITMAN FARMS INC | Invoice | 04/13/19 680385 | $ | 1,389.60 | No | processed chicken |
| PITMAN FARMS INC | Payment | 04/26/19 010408 | $ | (69,694.64) | No | |
| PITMAN FARMS INC | Invoice | 05/06/19 CK20079 | $ | 71,994.85 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Payment | 05/09/19 010574 | $ | (71,994.85) | No | |
| PITMAN FARMS INC | Invoice | 04/30/19 683930 | $ | 345,865.58 | No | April 2019 Interest |
| PITMAN FARMS INC | Invoice | 04/30/19 688148 | $ | 114,003.76 | No | Reimb. April 2019 healthcare & outside labor |
| PITMAN FARMS INC | Payment | 05/31/19 010802 | $ | (459,869.34) | No | |
| PITMAN FARMS INC | Payment | 05/30/19 010797 | $ | (311,554.71) | Yes | VOIDED |
| PITMAN FARMS INC | Invoice | 05/06/19 684064 | $ | 51,685.37 | Yes | voided |
| PITMAN FARMS INC | Invoice | 05/31/19 690479 | $ | 333,441.31 | No | May 2019 Interest |
| PITMAN FARMS INC | Payment | 07/09/19 011352 | $ | (316,482.54) | No | |
| PITMAN FARMS INC | Invoice | 06/10/19 682758, 684768 | $ | 77,933.17 | No | E&S pmt owed to PF |
| PITMAN FARMS INC | Invoice | 07/01/19 CK77493 | $ | 13,143.54 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Invoice | 07/03/19 CK151868 | $ | 12,165.14 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Payment | 07/03/19 011327 | $ | (103,241.85) | No | |
| PITMAN FARMS INC | Invoice | 06/17/19 061719 PROLIANT | $ | 7,263.20 | No | Proliant refunded to PF |
| PITMAN FARMS INC | Invoice | 06/24/19 06242019 PROLIANT | $ | 3,299.40 | No | Proliant refunded to PF |
| PITMAN FARMS INC | Invoice | 07/02/19 07022019 PROLIANT | $ | 4,340.40 | No | Proliant refunded to PF |
| PITMAN FARMS INC | Invoice | 06/30/19 696300 | $ | 401,173.94 | No | June 2019 Interest |
| PITMAN FARMS INC | Invoice | 07/08/19 691628 | $ | 17,304.76 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Invoice | 07/08/19 691958, 692055 | $ | 15,246.46 | No | Winco Pmt owed to PF |
| PITMAN FARMS INC | Invoice | 06/30/19 697364 | $ | 72,802.74 | No | Reimb. June 2019 healthcare & outside labor |
| PITMAN FARMS INC | Invoice | 06/01/19 675212 | $ | 2,583.09 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Invoice | 06/01/19 681216 | $ | 7,817.60 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Invoice | 06/01/19 681993 | $ | 630.40 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Invoice | 06/01/19 684535 | $ | 300.00 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Invoice | 06/01/19 686633 | $ | 3,614.85 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Invoice | 06/01/19 687618 | $ | 2,379.84 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Invoice | 06/01/19 688323 | $ | 13,824.00 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Invoice | 06/06/19 689908 | $ | 1,286.40 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Invoice | 06/27/19 693776 | $ | 578.88 | No | processed chicken/duck sold to Simply for their customers |

| Entity | Type | Date/Ref | Amount | | Description |
|---|---|---|---|---|---|
| PITMAN FARMS INC | Invoice | 07/16/19 697095 | $ 1,645.42 | No | processed chicken/duck sold to Simply for their customers |
| PITMAN FARMS INC | Payment | 07/31/19 011620 | $ (556,091.28) | No | |
| PITMAN FARMS INC | Invoice | 07/01/19 98794588 | $ 24,536.30 | No | Pactiv inv. 98794588 3/12/19 pd by PF belongs to Simply |
| PITMAN FARMS INC | Invoice | 06/14/19 702558 | $ 382,868.13 | Yes | VOIDED |
| PITMAN FARMS INC | Invoice | 07/31/19 702559A | $ 382,868.13 | No | July 2019 Interest |
| PITMAN FARMS INC | Invoice | 07/31/19 702599 | $ 12,102.69 | No | Reimb. July 2019 healthcare & outside labor |
| PITMAN FARMS INC | Payment | 09/03/19 011907 | $ 419,507.12 | Yes | VOIDED |
| PITMAN FARMS INC | Invoice | 08/31/19 709082 | $ 371,453.93 | No | August 2019 Interest |
| PITMAN FARMS INC | Invoice | 08/31/19 710110 | $ 12,786.86 | No | Reimb. Aug 2019 healthcare & outside labor |

**Total payments to PF-CA   $ (2,387,699.76)**

## PITMAN FARMS -UTAH:

| Entity | Type | Date/Ref | Amount | | Description |
|---|---|---|---|---|---|
| PITMAN FARMS -UTAH | Invoice | 02/28/19 30865 | $ 583.91 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 03/01/19 302875 | $ 7,380.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 03/04/19 302923 | $ 8,220.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 03/05/19 302941 | $ 601.03 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Payment | 03/08/19 009994 | $ (16,784.94) | No | |
| PITMAN FARMS -UTAH | Invoice | 03/11/19 IAJ000000583 | $ 33,111.54 | No | Grocery Outlet Pmt belong to PF UT |
| PITMAN FARMS -UTAH | Invoice | 03/11/19 303026 | $ 7,980.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 03/08/19 302999 | $ 7,800.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 03/08/19 302986 | $ 676.98 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Payment | 03/15/19 010067 | $ (49,568.52) | No | |
| PITMAN FARMS -UTAH | Invoice | 03/15/19 303105 | $ 652.18 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 03/15/19 303100 | $ 6,660.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 03/18/19 303136 | $ 7,020.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 03/18/19 303165 | $ 644.73 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Payment | 03/22/19 010165 | $ (14,976.91) | No | |
| PITMAN FARMS -UTAH | Invoice | 03/21/19 303185 | $ 608.45 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 03/22/19 303204 | $ 5,580.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 03/25/19 303250 | $ 9,360.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 03/25/19 303246 | $ 524.23 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 03/28/19 303284 | $ 605.05 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Payment | 03/29/19 010200 | $ (16,677.73) | No | |
| PITMAN FARMS -UTAH | Invoice | 03/11/19 303029 | $ 646.40 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 03/29/19 303315 | $ 9,480.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 04/02/19 303366 | $ 380.93 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/01/19 303342 | $ 5,940.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 04/04/19 303391 | $ 524.47 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/05/19 303425 | $ 4,980.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 04/08/19 303487 | $ 5,160.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 04/08/19 303484 | $ 583.55 | No | Marinating WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/11/19 303562 | $ 508.23 | No | Marinating WOGS for SE's customer Harmon's |

| Company | Type | Date / Ref | Amount | | Description |
|---|---|---|---|---|---|
| PITMAN FARMS -UTAH | Invoice | 04/12/19 303579 | $ 4,080.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 04/18/19 303707 | $ 633.52 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/25/19 303823 | $ 489.20 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/22/19 303777 | $ 668.69 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/24/19 303800 | $ 360.00 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/23/19 303782 | $ 4,680.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Payment | 04/26/19 010406 | $ (39,114.99) | No | |
| PITMAN FARMS -UTAH | Invoice | 04/12/19 303576 | $ 1,440.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 04/15/19 303843 | $ 4,200.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 04/16/19 303651 | $ 680.78 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/18/19 303704 | $ 4,080.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Payment | 04/26/19 010409 | $ (10,400.78) | No | |
| PITMAN FARMS -UTAH | Invoice | 04/29/19 303884 | $ 570.43 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 04/26/19 303853 | $ 4,560.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 04/29/19 303876 | $ 4,020.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Payment | 05/01/19 010477 | $ (9,150.43) | No | |
| PITMAN FARMS -UTAH | Invoice | 05/02/19 303934 | $ 479.20 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 05/06/19 303998 | $ 638.90 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 05/03/19 303970 | $ 4,140.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 05/06/19 304008 | $ 3,780.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 05/09/19 304058 | $ 392.19 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 05/10/19 304103 | $ 4,320.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 05/13/19 304129 | $ 3,660.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 05/13/19 304147 | $ 491.67 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 05/17/19 304214 | $ 4,480.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 05/20/19 304282 | $ 4,800.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 05/20/19 304291 | $ 382.27 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 05/16/19 304198 | $ 534.08 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 05/23/19 304337 | $ 405.19 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 05/24/19 304363 | $ 4,840.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 05/24/19 304375 | $ 4,560.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 05/24/19 304395 | $ 191.00 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 05/28/19 304423 | $ 566.94 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Payment | 05/30/19 010798 | $ (38,651.44) | No | |
| PITMAN FARMS -UTAH | Invoice | 05/30/19 304449 | $ 474.89 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Payment | 05/31/19 010803 | $ (474.89) | No | |
| PITMAN FARMS -UTAH | Invoice | 05/31/19 304484 | $ 7,900.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/03/19 304550 | $ 4,680.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/03/19 304554 | $ 374.13 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 06/07/19 304624 | $ 5,340.00 | No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/06/19 304594 | $ 443.70 | No | Mainaling WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 06/10/19 304656 | $ 415.75 | No | Mainaling WOGS for SE's customer Harmon's |

| | | | | | |
|---|---|---|---|---|---|
| PITMAN FARMS -UTAH | Invoice | 06/17/19 304784 | $ | 4,680.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/17/19 304776 | $ | 589.81 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 06/10/19 304657 | $ | 4,920.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/14/19 304748 | $ | 538.19 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 06/14/19 304721 | $ | 4,980.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/21/19 304860 | $ | 4,640.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/20/19 304841 | $ | 540.28 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 06/24/19 304912 | $ | 4,740.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/24/19 304911 | $ | 479.08 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 06/28/19 304990 | $ | 5,440.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 06/27/19 304971 | $ | 641.77 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 06/27/19 304970 | $ | 76.66 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/01/19 305034 | $ | 546.97 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/01/19 305037 | $ | 4,680.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 07/08/19 305146 | $ | 4,680.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 07/03/19 305076 | $ | 354.59 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/05/19 305124 | $ | 5,040.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Payment | 07/09/19 011353 | $ | (66,720.93) No | |
| PITMAN FARMS -UTAH | Invoice | 07/08/19 305167 | $ | 559.67 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/11/19 305229 | $ | 609.46 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/12/19 305270 | $ | 1,620.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 07/15/19 305298 | $ | 1,380.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 07/15/19 305313 | $ | 428.70 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/18/19 305351 | $ | 376.72 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/19/19 305399 | $ | 1,900.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 07/22/19 305439 | $ | 619.42 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/23/19 305445 | $ | 1,500.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 07/26/19 305497 | $ | 1,420.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Invoice | 07/25/19 305524 | $ | 223.42 No | Mainaing WOGS for SE's customer Harmon's |
| PITMAN FARMS -UTAH | Invoice | 07/29/19 305553 | $ | 1,380.00 No | processed turkey sold to Simply for their customers |
| PITMAN FARMS -UTAH | Payment | 07/31/19 011621 | $ | (12,017.19) No | |
| Total payments to PF-UT | | | $ | (249,161.26) | |

**MAREN PITMAN**

| | | | | | |
|---|---|---|---|---|---|
| PITMAN, MAREN | Invoice | 04/25/19 042519 | $ | 200.00 No | outside labor |
| PITMAN, MAREN | Payment | 04/25/19 010403 | $ | (200.00) No | |

**WESTERN GRAIN & MILLING**

| | | | | | |
|---|---|---|---|---|---|
| WESTERN GRAIN & MILLIN | Invoice | 3/1/2019 9517 | $ | 75,930.38 No | 2/16-2/28/19 freight and phones for drivers |
| WESTERN GRAIN & MILLI | Payment | 3/8/2019 010003 | $ | (75,930.38) No | |
| WESTERN GRAIN & MILLIN | Invoice | 4/1/2019 9620 | $ | 82,527.27 No | 3/1/19-3/15/19 freight and phones for drivers |
| WESTERN GRAIN & MILLIN | Invoice | 4/1/2019 9621 | $ | 108,315.65 No | 3/16/19-3/29/19 freight and phones for drivers |
| WESTERN GRAIN & MILLIN | Invoice | 4/12/2019 9622 | $ | 102,843.84 No | 3/30/19-04/12/19 freight and phones for drivers |

| Description | Date | Number | Amount | Voided | Memo |
|---|---|---|---|---|---|
| WESTERN GRAIN & MILLIN Invoice | 4/26/2019 | 9623 | $ 73,445.41 | No | 4/13/19-04/26/19 freight and phones for drivers |
| WESTERN GRAIN & MILLIN Invoice | 5/10/2019 | 9661 | $ 81,773.95 | No | 04/27/19-05/10/19 freight and phones for drivers |
| WESTERN GRAIN & MILLIN Invoice | 5/24/2019 | 9662 | $ 83,195.92 | No | 05/12/19-05/24/19 freight and phones for drivers |
| WESTERN GRAIN & MILLI Payment | 5/30/2019 | 010799 | $ (532,102.04) | No | |
| WESTERN GRAIN & MILLIN Invoice | 7/1/2019 | 9749 | $ 160,442.42 | No | 06/01/1-06/30/19 freight and phones for drivers |
| WESTERN GRAIN & MILLI Payment | 7/31/2019 | 011622 | $ (160,442.42) | No | |
| WESTERN GRAIN & MILLIN Invoice | 7/31/2019 | 9785 | $ 336,173.07 | No | 07/01/19-07/31/19- freight and phones for drivers |
| WESTERN GRAIN & MILLI Payment | 9/3/2019 | 011908 | $ (336,173.07) | Yes | VOIDED |
| WESTERN GRAIN & MILLIN Invoice | 8/16/2019 | 9814A | $ 180,632.38 | No | 08/01/19-08/16/19 freight and phones for drivers |
| WESTERN GRAIN & MILLIN Invoice | 8/16/2019 | 9814 | $ 180,632.38 | Yes | VOIDED |
| WESTERN GRAIN & MILLI Payment | 2/4/2020 | 011931 | $ (23,000.00) | No | |
| WESTERN GRAIN & MILLI Payment | 2/4/2020 | 001274 | $ (120,000.00) | No | |
| WESTERN GRAIN & MILLIN Invoice | 8/30/2019 | 9837A | $ 50,431.44 | No | 08/17/19-08/31/19 freight and phones for drivers |
| WESTERN GRAIN & MILLIN Invoice | 8/30/2019 | 9837 | $ 50,431.44 | Yes | VOIDED |

**Total payments to WGM** $ (911,474.84)

## Transfers

| VIN | Description | Sale Value | Party Sold To | Date Sold |
|---|---|---|---|---|
| 13N148305T1573361 | 1996 FONTAINE | $ 15,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 13N248300Y1590418 | 2000 FONTAINE FLATBED | $ 10,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1GRAA06254B704625 | 2004 GREAT DANE | $ 6,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1N9DD53200JH175903 | 2018 NEVILLE | $ 44,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1UYVS25354U343451 | 2004 UTILITY THERMO KING | $ 6,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1UYVS25384U343444 | 2004 UTILITY THERMO KING | $ 6,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4P5CC2020H1266440 | 2017 PJ TRAILER | $ 8,200.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4P5FD3121H1267627 | 2017 PJ TRAILER | $ 9,500.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4P5FD312XH1267786 | 2017 PJ TRAILER | $ 9,500.00 | Pitman Farms, Inc. | 7/3/2019 |
| 2LDSD5037HF063037 | 2017 LOAD KING | $ 73,500.00 | Pitman Farms, Inc. | 8/5/2019 |
| 2LDSD5039HF063038 | 2017 LOAD KING | $ 64,006.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC5323JED06993 | 2018 DORSEY DC53 | $ 29,995.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC482XJED11238 | 2018 DORSEY DC48 | $ 23,000.00 | Pitman Farms, Inc. | 7/3/2018 |
| 5JYDC5321JED07625 | 2018 DORSEY DC48 | $ 29,995.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC5323JED07626 | 2018 DORSEY DC48 | $ 29,995.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC4821JED11239 | 2018 PITTS ENTERPRISE | $ 30,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC5320HED03379 | 2017 PITTS ENTERPRISE | $ 30,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC4828JED11237 | 2018 PITTS ENTERPRISE | $ 30,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC5323HED03375 | 2017 PITTS ENTERPRISE | $ 30,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| WDYPE8CC6D5778403 | 2013 FREIGHTLINER | $ 18,654.00 | Pitman Farms, Inc. | 7/30/2019 |
| 3FRXF75SX5V156421 | 2005 FORD F750 | $ 8,000.00 | Pitman Farms, Inc. | 7/30/2019 |
| 3FRXF75S05V156427 | 2005 FORD F750 | $ 8,000.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1FTMF1EPXHKC12447 | 2017 FORD F150 | $ 16,645.00 | Pitman Farms, Inc. | 7/3/2019 |
| JTDKN3DU6D1663856 | 2013 TOYOTA PRIUS | $ 17,073.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1FTMF1EP7HKC09036 | 2017 FORD F150 | $ 16,645.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1FTMF1EP4HKC44813 | 2017 FORD F150 | $ 16,645.00 | Pitman Farms, Inc. | 3/23/2020 |
| 1FTMF1EP0JKC24869 | 2018 FORD F150 | $ 19,054.00 | Pitman Farms, Inc. | 3/23/2020 |
| 1FTMF1EP7JKC24870 | 2018 Ford F150 | $ 19,054.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1PTO1JAHX16002506 | 2001 TRAILMOBILE | $ 6,500.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5LEBK182XA10008671 | 2011 Quality Steel | $ 6,800.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1FTMF1EP9JKC24868 | 2018 FORD 150 | $ 19,003.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1FTMF1EP9JKC24871 | 2018 FORD 150 | $ 19,054.00 | Pitman Farms, Inc. | 7/3/2019 |
| JTDKARFP9H3065213 | 2017 TOYOTA PRIUS | $ 26,708.00 | Pitman Farms, Inc. | 7/3/2019 |

## Transfers

| ID | Description | Amount | Buyer | Date |
|---|---|---|---|---|
| 1GCVKREC8G2428198 | 2016 Chevy Silverado | $ 23,513.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1GCVKREC9G2371588 | 2016 Chevy Silverado | $ 23,513.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1GCVKREC1G2427944 | 2016 Chevy Silverado | $ 23,513.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1GCUKREC3HG181718 | 2016 Chevy Silverado | $ 26,796.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1GC4K0C87GF254258 | 2016 Silverado 3500 | $ 47,049.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1GCVKREC2H2151663 | 2016 Silverado 1500 | $ 26,953.00 | Pitman Farms, Inc. | 7/3/2019 |
| 2LDXD503 | 2017 Lode King Curtainside Trailer | $ 64,006.00 | Pitman Farms, Inc. | 7/3/2019 |
|  | Combilift Lift Truck | $ 50,000.00 | Pitman Farms, Inc. | 8/5/2019 |
|  | Combilift Lift Truck | $ 50,000.00 | Pitman Farms, Inc. | 8/5/2019 |
|  | Truck Trailer | $ 2,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| N626211 | 1979 Trailmobile | $ 3,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4GBF2025871015608 | 2007 Dressen Custom 20' Flatbed | $ 2,700.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4YMBU0811JM007198 | 2018 8' Carry on Trailer | $ 1,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1V9FC4920JN062368 | 2018 Viking 49' Flatbed | $ 28,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1UVVS253X4U283327 | 2004 Reefer Van Trailer | unknown | Pitman Farms, Inc. | 7/3/2019 |
| 5JYFC4828IED04961 | 2018 Combination Tandem Flatbed | unknown | Pitman Farms, Inc. | 7/3/2019 |
|  | **Total:** | $ 1,079,969.00 | | |
| | **Machinery/Equipment/Misc. Sold** | | | |
|  | Hock Cutter | $ 23,949.00 | Pitman Farms, Inc. | 7/31/2019 |
|  | metal detector | $ 14,519.00 | Pitman Farms, Inc. | 9/1/2019 |
|  | Perten - Feed Analyzer | $ 47,820.00 | Pitman Farms, Inc. | 7/5/2019 |
|  | Breast Slicer - Griselli | $ 101,227.00 | Pitman Farms, Inc. | 9/1/2019 |
|  | Marel X-Ray Machine | $ 200,000.00 | Pitman Farms, Inc. | 7/5/2019 |
|  | OSSID 500E Overwrap Machine | $ 337,100.00 | Pitman Farms, Inc. | 7/5/2019 |
|  | POSS PDL 6000 Seperator | $ 322,408.00 | Pitman Farms, Inc. | 7/5/2019 |
|  | Gainco Leg Deboner | $ 1,426,090.00 | Pitman Farms took back | 6/1/2019 |
| 1123/2017 | Raven Nobac 500 | $ 72,030.00 | Pitman Farms, Inc. | 7/5/2019 |
|  | OSSID 500E Overwrap Machine | $ 287,383.00 | Pitman Farms, Inc. | 7/5/2019 |
| 360A-3165-1902 | Crown 360A Labeler | $ 13,320.00 | Pitman Farms, Inc. | 7/5/2019 |
|  | Baader Skinner (part of Leg Drop projec | $ 113,200.00 | Pitman Farms, Inc. | 7/5/2019 |
|  | Eco Shred Box Taper | $ 18,000.00 | Pitman Farms, Inc. | 7/5/2019 |
| 3 Bright Coop s/n BC3601520917, BC36 |  | $ 164,967.00 | Pitman Farms, Inc. | 7/3/2019 |
| 2011 Haulotte HTL4014 |  | $ 39,500.00 | Pitman Farms, Inc. | 9/1/2019 |

# Transfers

| Code | Item | Amount | | Buyer | Date |
|---|---|---|---|---|---|
| | JD Gator 5403 | $ | 20,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Forklift | $ | 14,500.00 | Pitman Farms, Inc. | 9/1/2019 |
| BC3601520917 | 2018 Bright Coop Forklift | $ | 54,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| BC3601531017 | 2018 Bright Coop Forklift | $ | 54,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| BC3601490917 | 2018 Bright Coop Forklift | $ | 54,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| | Stand-UP forklift | $ | 32,589.00 | Pitman Farms, Inc. | 9/1/2019 |
| | Boneyard Equipment | $ | 38,449.00 | Pitman Farms, Inc. | 7/31/2019 |
| | Dry goods/vaccines/water treatment | $ | 1,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Yale GLP050 | $ | 12,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Skidsteer JCB-2013 | $ | 31,500.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Brown Bear XPR24-8 Windrower | $ | 22,500.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Marel Chicken Mods & Cages | $ | 550,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Office furniture | $ | 3,500.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Track Sytem/Mod Transport | $ | 8,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Computer/Electronics | $ | 18,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Various | $ | 105,470.00 | Pitman Farms, Inc. | 7/5/2019 |
| | **Total:** | $ | 4,201,021.00 | | |

## Live Inventory Sold

| Buyer | Amount | | Seller | Date |
|---|---|---|---|---|
| KBK | $ | 178,543.08 | Pitman Farms, Inc. | 7/11/2019 |
| Boone Valley | $ | 98,330.99 | Pitman Farms, Inc. | 7/11/2019 |
| Dennis Gilbertson | $ | 108,717.39 | Pitman Farms, Inc. | 7/11/2019 |
| Jack Fehr | $ | 181,229.11 | Pitman Farms, Inc. | 7/11/2019 |
| KBK | $ | 79,102.70 | Pitman Farms, Inc. | 7/11/2019 |
| **Total:** | $ | 645,923.27 | | |

# United States Bankruptcy Court

### Eastern District of California
### Fresno Division

In re: Simply Essentials, LLC                                      Case No.
      Chapter 11

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2. The source of the compensation paid to me was:
         [ X ] Debtor      [  ] Other

3. The source of compensation to be paid to me is:
         [ X ] Debtor      [  ] Other

4. I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of the petition, schedules and statement of affairs;
   c. Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
   d. Services per engagement letter.

6. I have agreed that a reasonable fee for my services will not be less than the amount of time spent by my law firm, multiplied by the standard hourly rates in effect when the services are rendered.

7. As of the Petition Date, the Firm's standard hourly rates are $185.00 to $595.00 per hour for attorneys and $140.00 to $180.00 per hour for paraprofessionals.

8. The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 10/04/19 | $4,075.00 | $4,074.50 | $0.50 |
| 10/07/19 | $1,296.50 | $1,296.00 | $0.50 |
| 11/04/19 | $4,402.00 | $4,401.50 | $0.50 |
| 01/02/20 | $3,000.00 | $2,999.50 | $0.50 |
| 01/02/20 | $1,633.00 | $1,633.00 | $0.00 |
| 02/24/20 | $608.00 | $607.50 | $0.50 |
| 03/18/20 | $1,602.50 | $1,602.00 | $0.50 |
| 03/24/20 | $38,602.90 | | |
| 03/30/20 | | $18,649.50 | $17.40 |

| | | | |
|---|---|---|---|
| 04/24/20 | $58,117.11 | | |
| 04/30/20 | | $54,917.50 | $575.01 |
| 05/31/20 | | $11,723.00 | $0.00 |
| 06/30/20 | | $699.50 | $0.65 |
| 07/29/20 | | $4,546.00 | $26.20 |
| 08/06/20 | $86,697.25 | | |
| 08/07/20 | | $30,946.00 | $0.50 |

9.  The above fees were related to services rendered as follows:

Bankruptcy Related                         100%
Non-Bankruptcy Related

10. The retainer on hand as of Petition Date was:  $61,316.00

.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Iowa

In re   **Simply Essentials, LLC, a Delaware Limited Liability Company**          Case No. _____

Debtor(s)          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................................   $ _____**20,000.00**

     Prior to the filing of this statement I have received ........................................   $ _____**20,000.00**

     Balance Due ...............................................................................................   $ _____**0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Representation of Debtor in this Invoolunary Proceeding prior to the entry of the Order for Relief, representation
         of Debtor in Vol. Chapter 11 case filed in California, and representation of Debtor following entry of Order for
         Relief in this Involuntary Proceeding.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 30, 2020**                              _Signature_

_Date_                                             **Terry Gibson**
                                                   _Signature of Attorney_
                                                   **Wandro & Associates, P.C.**
                                                   **2501 Grand Avenue, Suite B**
                                                   **Des Moines, IA 50312**
                                                   **515-281-1475  Fax: 515-281-1474**
                                                   **tgibson@2501grand.com**
                                                   _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of Iowa

In re    Simply Essentials, LLC, a Delaware Limited Liability Company

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Simply Essentials, LLC, a Delaware Limited Liability Company    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Pitman Farms**
**1075 North Avenue**
**Sanger, CA 93657**

☐ None [*Check if applicable*]

September 30, 2020

Date

Terry Gibson

Signature of Attorney or Litigant

Counsel for    Simply Essentials, LLC, a Delaware Limited Liability
Company

**Wandro & Associates, P.C.**
**2501 Grand Avenue, Suite B**
**Des Moines, IA 50312**
**515-281-1475 Fax:515-281-1474**
**tgibson@2501grand.com**