IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>SIMPLY ESSENTIALS, LLC,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 20-00305<br><br>**NOTICE OF APPEARANCE AND<br>REQUEST FOR SERVICE OF PAPERS** |

  Pursuant to F.R.B.P. 9010(b), please take notice that Jackson C. Blais of Simmons Perrine Moyer Bergman PLC is appearing for the following party in the above-captioned bankruptcy case: Pitman Farms, Inc.

  This party is a party in interest in this case. Pursuant to F.R.B.P. 2002 and 9007, the undersigned, on behalf of Creditor Pitman Farms, Inc., hereby requests that all notices given or required to be given in this case and all papers served or required to be served, including Notices of Abandonment, in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

  Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

Dated: April 27, 2021

/s/ *Jackson C. Blais*
Jackson C. Blais, AT0014222
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
jblais@spmblaw.com
ATTORNEY FOR CREDITOR

## Certificate of Service

The undersigned certifies, under penalty of perjury, that on this 27th day of April, 2021, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case, who are listed below:

/s/ Michele C. Slater

James Snyder
Joseph A. Peiffer
Alec Modrick
Tonita M. Helton
Michael P. Mallaney
Kayla L. Sproul
Terry Gibson
Riley Walter
Brandon Tomjack
Elizabeth Janczak

Pitman Farms, Inc./Pldgs/BA 20-00305 Drafts/Appearance by JCB.042721.936.mcs