EXHIBIT A

Parcel 1:

Lots one, two, eight, nine and ten (1, 2, 8, 9 & 10), Block one hundred forty-nine (149) and Lots three, four and five (3, 4 & 5) of Detwiler's Subdivision of Lots three (3), four (4) and Five (5), Block one hundred forty-nine (149), all in Lane's Addition to St. Charles, now incorporated in and as a part of Charles City, Iowa - this includes the Northerly 198 feet of Vacated Alley, Block 149, Lane's Addition to St. Charles, now incorporated in and as a part of Charles City, Floyd County, Iowa.

AND

That part of Lots six (6) and seven (7), Block one hundred forty-nine (149), Lane's Addition and that part of Lots eleven (11), twelve (12), thirteen (13), and fourteen (14), Detwiler's Subdivision of Lots Three (3), Four (4), and Five (5) of Block One Hundred Forty-nine (149), Lane's Addition and the vacated alley in Block 149, Lane's Addition to St. Charles, now incorporated as the City of Charles City, Floyd County, Iowa, described as follows:

Beginning at the Northerly corner of said Lot Seven (7), thence South fifty-six (56) degrees, thirty (30) minutes East, two hundred sixty-four (264.00) feet; thence south thirty-three (33) degrees, thirty (30) minutes West 79.30 feet; thence Northwesterly along a 794.02 foot radius curve concave Northeasterly 265.60 feet, said curve having a long chord of North 54 degrees, 16 minutes 12 seconds West 264.20 feet; thence North 33 degrees, 30 minutes East 69.02 feet to the place of beginning,

AND

The Southeasterly 10 feet of Jackson Street abutting Lots 7, 8, 9, 10 and abutting the Northerly 3.02 feet of Lot 6; all in Block 149, of Lane's Addition to St. Charles, now incorporated as the City of Charles City, Floyd County, Iowa.

AND

The Southwesterly 15 feet of Floyd Street abutting Lot 10 in Block 149 of Lane's Addition to St. Charles, now incorporated as the City of Charles City, Floyd County, Iowa.

AND



All that part of Block One Hundred Forty-eight (148) in Lane's Addition to St. Charles, Charles City, Floyd County, Iowa, lying North of a line drawn Seventeen and five-tenths (17.5) feet Northeasterly of and parallel with the Southwesterly lines of Lots Nos. Two (2) and Nine (9), in said Block, and lying South of line drawn Fifty-three (53) feet South of and parallel with the centerline of the Chicago, Milwaukee, St. Paul and Pacific Railroad right of way.
Also described as: All that part of Lots 1, 2, and 9, in Block 148, Lane's Addition to St. Charles, now incorporated in and as a part of Charles City, Floyd County, Iowa, lying North of a line drawn Seventeen and five-tenths feet Northeasterly from and parallel to the Southwesterly line of said Lots 2 and 9, and lying South of a line drawn Fifty-three feet South of and parallel to the center line of the Chicago, Milwaukee and St. Paul Railroad right of way.

AND

The Southwesterly Seventeen and one-half feet (SWly 17 1/2) of Lots Two and Nine (2 & 9), of Block One Hundred Forty-eight (148), Lane's Addition to St. Charles, now a part of Charles City, Floyd County, Iowa, which is South of the right of way of the Chicago, Milwaukee, St. Paul and Pacific Railway.

AND

That part of Lots Seven and Eight (7 & 8), lying between the right of ways of Illinois Central Railroad Company and the Chicago, Milwaukee and St. Paul Railroad Co., except the Charles City Western Railway Company right of way, all located in Block One Hundred Forty-eight (148). in Lane's Addition to St. Charles, now incorporated in and a part of Charles City. Floyd County, Iowa.

AND

Lot Three (3), and all that part of Lot Four (4), lying between Lot Three (3) and the right of way of the Dubuque and Sioux City Railroad Company, (The Dubuque and Sioux City Railroad Company right of way now being the right of way of the Illinois Central Railroad Company), all in Block One Hundred Forty-eight (148), in Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa.

AND

All of vacated Jackson Street lying Southwesterly of the Southwest boundary of Floyd Street and Northeasterly of the Northeast boundary of Lane Street in Lane's Addition to

St. Charles, now incorporated in and as a part of Charles City, Floyd County, Iowa, except the Southeasterly 10 feet of Jackson Street abutting Lots 7, 8, 9, 10 and abutting the Northerly 3.02 feet of Lot 6; in Block 149, of Lane's Addition to St. Charles, now incorporated as the City of Charles City, Floyd County, Iowa.

AND

The South One-half of all that portion of Floyd Street lying Northwesterly of the Northwest right of way boundary of Main Street and East of the Westerly right of way line extended of vacated Jackson Street and the south boundary line of the Iowa, Chicago and Eastern Railroad right of way, EXCEPT that portion thereof previously vacated by the City of Charles City and conveyed to the adjoining owner on the South by Quit Claim Deed recorded in Book 95 at page 305 in the office of the Floyd County Recorder, subject to a permanent easement reserved by the City of Charles City, Iowa, for the location of its utilities (water and sewer) within the boundaries of this property and for the right to enter upon this property for the future maintenance and replacement of these utilities.