EXHIBIT B

Lots 1 and 2, Subdivision of Lot 11, Block 139, Lane's Addition to St Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

The East one-half of original Lot 12 (sometimes described as Lot 3, Subdivision of Lot 12), Block 139, Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

The South 100 feet of Lots 8, 9, 10, 11, 12, 13, 14 and the South 100 feet of the East 95 feet of Lot 7, all in the Subdivision of Lot 11, in Block 139, of Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

Also all that part of said Lot 11, of said Block 139, which lies between Lots 13 and 14 aforesaid, bounded on the South by the North side of Lawler Street, and on the North by a line parallel to and distant 100 feet North of said North line of Lawler Street;

Lot 41, Block 138, all in Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

Lots 39 and 40, Block 138, Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

Lot 4, Block 138, all being in Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

Lots 7 and 8, Block 138, Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

Lots 5 and 6, Block 138, Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

Lots 35 and 36, Block 138, Lane's Addition to St. Charles, now incorporated in and apart of Charles City, Floyd County, Iowa;

Beginning at a point which is the SE Corner of Lot 1, Block 165, of Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa, and running thence SE to SW corner of Lot 42, Block 138, Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Iowa; thence running South along the Westerly side of said Block 138, of Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Iowa, to the NW corner of Lot 34, Block 138, of said Lane's Addition to St. Charles, now incorporated in and forming a part of Charles City, Iowa; thence running NWly to the NW corner of Lot 1, Chaney's Subdivision of Lot 13, Block 139, Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa; thence North to place of beginning;

Lots 37 and 38, Block 138, Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa;

EXHIBIT B

Also that portion of the S 1/2 of the NE 1/4 of Sec. 6, Twp 95 N, Rge 15, West of the 5th P.M., lying East of the McGregor and Sioux City Railway and the Cedar Falls and Minnesota Railway and West and South of the Transfer or Joint right-of-way of Hart-Parr Company, Chicago, Milwaukee & St. Paul; Illinois Central and Charles City Western Railways;

A parcel of land being the North three (3) feet of Lots Eleven (11) and Thirty-four (34), Block One Hundred Thirty-eight (138), Lane's Addition to Charles City, Floyd County, Iowa, in the Southwest one-fourth (SW1/4) of Section Six (6), Township Ninety-five North (95N), Range fifteen (15) West of the 5th P.M., except all minerals and mineral rights and easements in favor of the mineral and mineral rights estate;

Parcels of land lying along the Illinois Central Railroad Company's Northerly property line located in Section 6, Township 95 North, Range 15 West of the 5th Principal Meridian, at Charles City, Floyd County, Iowa, more particularly described as follows:

- C. Also, that part of Lot Eleven (11) and Lot Thirty-four (34) in Block One Hundred Thirty-eight (138) in Lane's Addition to St. Charles, now Charles City, Floyd County, Iowa lying North of a line thirty-six feet distant (as measured at right angles) and parallel to the centerline of the main track of the Illinois Central Railroad as now located across said Addition, except the North three (3) feet of said lots;

- D. Also, a triangular parcel of land in Lots One (1), Two (2), Three (3), Four (4), Five (5), Six (6), and Seven (7) in Cheney's Subdivision of Lot Thirteen (13) in Block One Hundred and Thirty-nine (139) in Lane's Addition to St. Charles, now Charles City, Floyd County, Iowa, and more particularly described as follows: Beginning at a point in the East line of said Lot One (1) that is one hundred five (105) feet South of the Northwest corner of said Lot; thence North to said Lot corner, thence West along the North line of said Sub-Division of Lot Thirteen (13) a distance of four hundred forty-five (445) feet, thence Southeasterly to the point of beginning;

A belt, strip or parcel of land 20 feet wide by 600 feet long in the Subdivision of Lot 11 of Block 139, of Lane's Addition to St. Charles (now Charles City) according to the recorded plat thereof, North and adjoining the parcel of land heretofore conveyed to Hart-Parr Company by the Chicago, Milwaukee and St. Paul Railway Company, predecessor of the Chicago, Milwaukee, St. Paul and Pacific Railroad Company, by a quit claim deed dated November 5, 1906, and which parcel of land extends West from the West side line of Lane Street (now Scott Street) for a distance of 600 feet.

All of the above has been more particularly described as:

Parcel "A": Lots 1 and 2, Subdivision of Lot 11, Block 139, Lane's Addition to St. Charles, now incorporated in and a part of Charles City, Floyd County, Iowa.

Parcel "B": A part of Blocks 138 and 139, Lane's Addition to St. Charles, now

incorporated in and a part of Charles City, Floyd County, Iowa, being more particularly described as follows:

Beginning at the Northeast corner of Lot 4, of said Block 138, thence S00° 29' 23" E along the Westerly right of way of "E" Street to a point 36 foot distant from the centerline of the Illinois Central railroad track, 451.10 feet; thence S89° 26' 59" W along a line 36 foot distant and parallel to the said centerline of railroad track 330.49 feet to the Easterly right of -way of "D" Street; thence N88° 48' 52" W, 66.03 feet to the Westerly right of way of said "D" Street and 38 foot distant from said centerline of railroad track; thence N77° 15' 01" W, 456.98 feet to a point on the North line of Lot 13, of said Block 139 (also being the North line of Lot 7, Cheney's Sub-division); thence S89° 27' 58" W along said North line of Lot 13 (also being along the North line of Lots 7, 8 and 9 of said Cheney's sub-division), 141.19 feet to the East line of the West half of original Lot 12 of said Block 139; thence N00° 35' 54" W along said East line of the West half Lot 12 and along West line of vacated Lawler Street, 212.80 feet to the North right of way line of said Lawler Street; thence S89° 38' 46" W along said North right of way 14.17 feet; thence N00° 35' 54" W, 120.00 feet to the South right of way of the Chicago, Milwaukee & St. Paul railroad; thence N89° 38' 46" E along said railroad, 600.00 feet to the West right of way of vacated "D" Street; thence, continuing along said railroad, N78° 19' 09" E, 67.25 feet to the Northwest corner of Lot 41, of said Block 138; thence N89° 25' 24" E, continuing along said railroad also being along the North line of said Lots 41 and 4, 331.34 feet to the point of beginning.