## EXHIBIT C
## SIMPLY ESSENTIALS, LLC

All tangible and intangible personal property owned by the Debtor, including, but not limited to, the assets described in this Exhibit C (said property excluding the "Excluded Property" described below is called the "Personal Property").

The Personal Property includes a 140 bird per minute $CO_2$ stun, kill, scald, pick line, certain packaging and related equipment, and certain office equipment. It also includes various trademarks, website domain and other intellectual and intangible property which were owned and/or used by the Debtor in the operation of its business.

The Personal Property does NOT include the following (the "Excluded Assets"):

a. all rolling stock, including all motor vehicles and trailers subject to any certificate of title provisions under Iowa law;

b. all permits and licenses to operate, to sell product and inventory, and to pay sales and other taxes;

c. ARKK Food Company - Terra license;

d. all income taxes receivable or deferred;

e. all cash and cash equivalents;

f. all accounts receivable and other rights to payment for merchandise sold, or for any other purpose;

g. all insurance refunds and rebates relating to policies paid for by the Debtor; and,

h. any refunds for returned goods and other rights to payment from vendors related to transactions.

EXHIBIT C