# Bid Offer for Simply Essentials Chicken Plant Property

## located at:

## 901N Main Street, Charles City Iowa

May 17th, 2021

**Buyer:**
**Pure Prairie Farms, Inc.**
**68808 Fort Road**
**Fairfax MN 55332**

The Offer is for the: **Air Chilled Poultry Processing Operation being sold by Order of The US Bankruptcy Court, Case #20-00305 and includes:**

- The approximately 85,000 Sq. Ft. facility sits on 3.1 Acres located at 901 N. Main Street, Charles City, Iowa.
- The adjacent parking lot and live barn sits on approximately 9.7 acres Real estate located at 300 Lawler Street, Charles City, Iowa.
- 140 Bird Per Minute CO2 Stun, Kill, Scald, Pick line as well State of the Art Packaging, andrelated processing equipment.
- Any trademarks, website domain, and other intellectual property.

1. **Sales Price.** Buyer offers the total price of $9,500,000 payable as follows:
    a. The initial deposit of $500,000 is due and payable upon acceptance of this bid offer by the Trustee.
    b. The balance shall be due and payable at closing.
    c. In the event of other bids received at the same amount the buyer proposes that the next bid increment be $100,000.

2. **Closing & Possession.** Closing shall take place 20 days after the acceptance of this bid by the Bankruptcy Court at which time Buyer shall take possession of the property.


EXHIBIT D

All notices pursuant to this Offer must be written and signed by the respective party or its agent and all such correspondence will be effective upon it being mailed or emailed to the address as follows:

| Buyer: | Bankruptcy Trustee: |
|---|---|
| Pure Prairie Farms, Inc.<br>68808 Fort Road<br>Fairfax MN 55332<br>gpeichel@pureprairiefarms.com | P.O. Box 1588<br>103 East State St., Suite 800<br>Mason City, IA 50402-1588<br>eide@pappajohnlaw.com |

**Signed:**

## George Peichel

George Peichel
**CFO**

**Signed:**

## Larry S. Eide

Larry Eide
**Bankruptcy Trustee**

**Signature:** *Larry Eide*
Larry Eide (May 17, 2021 15:14 CDT)
**Email:** eide@pappajohnlaw.com

**Signature:** *George Peichel*
George Peichel (May 17, 2021 16:55 CDT)
**Email:** gpeichel@pureprairiefarms.com