

# BILL OF SALE

**Preparer Information:** Larry S. Eide, 103 E. State Street, Suite 800, PO Box 1588, Mason City, IA 50402-1588, Phone: 641.423.4264

For the consideration of the sum of _____ Dollar(s) and other valuable consideration, Larry S. Eide, Chapter 7 Bankruptcy Trustee for Simply Essentials, LLC ("Seller") does hereby sell, transfer and assign to _____ ("Buyer") the following described personal property, Floyd County, State of Iowa

All that personal property described on the attached Exhibit C.

Seller hereby covenants with Buyer that Seller is the owner of said personal property, that Seller has good and lawful authority to sell, transfer, and assign the same and that the same is free and clear of all liens, security interests and encumbrances except as may be above stated; and Seller covenants to warrant and defend said personal property against the lawful claims of all persons except as may be above stated.
SELLER HEREBY SELLS, TRANSFERS AND ASSIGNS SAID PERSONAL PROPERTY IN "AS IS" CONDITION.  ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE IN REGARD TO SAID PERSONAL PROPERTY ARE HEREBY EXCLUDED.  THERE ARE NO WARRANTIES OF FITNESS WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF.
CERTIFICATION.  Buyers and Sellers each certify that they are not acting, directly or indirectly, for or on behalf of any person, group, entity or nation named by any Executive Order or the United States Treasury Department as a terrorist, "Specially Designated National and Blocked Person" or any other banned or blocked person, entity, nation or transaction pursuant to any law, order, rule or regulation that is enforced or administered by the Office of Foreign Assets Control; and are not engaged in this transaction, directly or indirectly on behalf of, any such person, group, entity or nation.  Each party hereby agrees to defend, indemnify and hold

harmless the other party from and against any and all claims, damages, losses, risks, liabilities and expenses (including attorney's fees and costs) arising from or related to my breach of the foregoing certification.

Words and phrases herein, including acknowledgment hereof, shall be construed as in the singular or plural number, and as the appropriate gender, according to the context.

Dated on _____, 2021.

_____
Larry S. Eide, Chapter 7 Bankruptcy Trustee, for Simply Essentials, LLC

_____
_____(Buyer)

## INDIVIDUAL ACKNOWLEDGMENT

STATE OF _____, COUNTY OF _____

This record was acknowledged before me on _____, by _____.

_____
Signature of Notary Public

## REPRESENTATIVE CAPACITY ACKNOWLEDGMENT

STATE OF IOWA, COUNTY OF CERRO GORDO

This record was acknowledged before me on _____,2021, by Larry S. Eide as Bankruptcy Trustee of the Chapter 7 Bankruptcy Estate of Simply Essentials, LLC.

_____
Signature of Notary Public