UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 20-00305 |
| SIMPLY ESSENTIALS, LLC | Chapter 7 |
| Debtor. | SUPPLEMENT TO OBJECTION TO TRUSTEE'S MOTION TO SELL |

COMES NOW Wincorp International, Inc. ("Wincorp") for itself and on behalf of International Poultry Breeders, L.L.C. ("IPB"), a Delaware limited liability company intending to do business as The Best Dressed Chicken and herein supplements its Objection To Trustee's Motion To Sell filed July 8, 2021 (the "Objection"), as follows:

A. The Trustee's Motion To Sell was filed on June 21, 2021 (the "Motion").

B. All words capitalized herein and not defined shall have the meanings given those words in the Motion.

C. It has been determined that IPB will be the entity that purchases the Assets if it is the highest bidder and, as required by the Trustee, Wincorp will cause IPB to have all funds necessary to consummate the purchase. If successful in its bid, IPB intends to do business in Iowa as The Best Dressed Chicken.

In all other respects, Wincorp restates and reaffirms its Objection to the Motion.

BRICK GENTRY, P.C.

By:   */s/     Thomas L. Flynn*
Thomas L. Flynn AT0002596
6701 Westown Parkway, Suite 100
West Des Moines, IA  50266
Phone: (515) 271-5915
Fax: (515) 274-1488

- 2 -

Tom.flynn@brickgentrylaw.com

ATTORNEY FOR WINCORP INTERNATIONAL, INC., for itself and on behalf of International Poultry Breeders, L.L.C. intending to do business as THE BEST DRESSED CHICKEN

CERTIFICATION OF SERVICE

       The undersigned, Thomas L. Flynn, certifies that on July 8, 2021, he served a copy of the foregoing document on the United States Trustee, Debtor, the attorney for Debtor and other parties having requested notice pursuant to Rule 2002 electronically on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, and by ordinary United States mail, postage prepaid, addressed as follows on all other parties:

Terry L. Gibson
Wandro & Associates, P.C.
2501 Grand Avenue, Suite B
Des Moines, IA 50312

Jackson C. Blais
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1266

Riley C. Walter
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720

Brandon R. Tomjack
1500 Woodmen Tower
Omaha, NE 68102-2068

Abram Carls
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1266

Joseph A. Peiffer
Ag & Business Legal Strategies
1350 Boyson Road, Suite B
PO Box 11425
Hiawatha, IA 52233-2211

Eric W. Lam
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1266

Michael P. Mallaney
Shindler, Anderson, Goplerud & Weese, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749

Kayla L. Sproul
Shindler, Anderson, Goplerud & Weese, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749

Kristina M. Stanger
Nyemaster, Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899

Todd J. Ohlms
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60602-4342

Daniel Desatnik
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

- 4 -

Larry S. Eide, Trustee
PO Box 1588
Mason City, IA 50402-1588

James L. Snyder
Acting United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401-2101

- 4 -