UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>SIMPLY ESSENTIALS, LLC,<br><br>              Debtor(s). | CHAPTER 7<br>CASE NO. 20-00305<br><br>ORDER APPROVING<br>TRUSTEE'S NOTICE AND<br>REPORT OF SALE OF<br>PROPERTY |

_____

NOW, this matter comes before the Court on the Trustee's Notice and Report of Sale of Property filed June 21, 2021 (Doc. No. 116). The Court FINDS that said Notice and Report of Sale was served on all creditors and parties in interest on June 21, 2021, as shown by the matrix of creditors attached to said Notice.

The Court FURTHER FINDS that by the Notice and Report of Sale the Trustee seeks authority to sell at public auction a quantity of trailers and at least one semi-tractor. The Court FURTHER FINDS that Pitman Farms, Inc. has filed a Response to said Notice and Report of Sale stating that it supports the Trustee's proposed sale and that it does not object to said of sale.

The Court FURTHER FINDS that no objections to said Notice and Report of Sale have been filed and that such Report of Sale should be GRANTED and the Trustee should be authorized to sell the trailers and semi-tractor at public auction as recited in said Notice and Report of Sale, and to do and perform all acts required to complete said sale.

AND, IT IS SO ORDERED.

DATED AND ENTERED   July 16, 2021

_____
Thad Collins, Bankruptcy Judge

This Order was prepared and submitted by:
Larry S. Eide, Trustee
Pappajohn, Shriver, Eide & Nielsen P.C.
PO Box 1588
Mason City, IA 50402-1588