UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>SIMPLY ESSENTIALS, LLC,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 20-00305 |

**NOTICE OF FINAL HEARING ON TRUSTEE'S MOTION TO SELL
AND FOR OTHER RELIEF (11 U.S.C. §§363(b) AND (f))
AND SUPPLEMENT THERETO;
MOTION TO APPROVE BID;
NOTICE OF HEARING ON SAID MOTIONS;
NOTICE OF BAR DATE FOR OBJECTIONS**

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS GIVEN that Trustee Larry S. Eide has filed a Motion to Sell and For Other Relief (11 U.S.C. §§363(b) and (f)), pertaining to the sale of the Debtor's real estate locally known as 901 N. Main Street, Charles City, Floyd County, Iowa, and 300 Lawler Street, Charles City, Floyd County, Iowa, and all of the tangible personal property located therein (but NOT including any rolling stock), and certain intellectual property and intangible property, a Supplement to said Motion, and a Motion to Approve Bid in the amount of $9,500,000.00 received from International Poultry Breeders, L.L.C., d/b/a The Best Dressed Chicken.

NOTICE IS FURTHER GIVEN that a copy of the Motion to Sell (with all Exhibits) can obtained from the undersigned or from the Office of the Clerk of this Court.

NOTICE IS FURTHER GIVEN that a copy of the Trustee's Motion to Approve Bid; Supplement to Trustee's Motion to Sell and For Other Relief (11 U.S.C. §§363(b) and (f)) is attached hereto.

NOTICE IS FURTHER GIVEN that objections to the Trustee's Motion to Sell and/or the Trustee's Motion to Approve Bid shall be filed with the Clerk of this Court, at either of the following addresses:

United States Bankruptcy Court
Northern District of Iowa
Clerk's Office
111 7th Avenue SE, Box 15
Cedar Rapids, IA 52401-2101

United States Bankruptcy Court
Northern District of Iowa
Clerk's Office, Federal Building
320 6th Street, Room 126
Sioux City, IA 51101

with a copy to the Trustee, attorneys for the prospective purchaser International Poultry Breeders, L.L.C., d/b/a The Best Dressed Chicken, and the United States Trustee at the addresses shown below, **no later than September 3, 2021**.

NOTICE IS FURTHER GIVEN that said Motions and timely-filed objections, if any, will come before the Court and be heard **at 1:30 p.m. CDT on September 9, 2021**, in the Bankruptcy Court Room, First Floor, United States Courthouse, 320 6th Street, Sioux City, Iowa.

If no objection is filed, the appropriate order will be entered.

Dated: August 13, 2021.

/s/ Larry S. Eide
Larry S. Eide, Trustee
PO Box 1588
Mason City, IA 50402-1588
Telephone: 641.423.4264
Facsimile: 641.423.3145
Email: eide@pappajohnlaw.com

**Chapter 7 Trustee**:
Larry S. Eide, Trustee
PO Box 1588
Mason City, IA 50402-1588

**United States Trustee**:
Office of United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA  52401-2101

**Attorneys for International Poultry Breeders, L.L.C., d/b/a The Best Dressed Chicken**
Thomas L. Flynn
Brick Gentry, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266

I hereby certify that a copy of this document and all enclosures, were mailed the date indicated below, to all creditors and parties in interest herein as required by the Bankruptcy Code and Rules, per attached list.

DATED: June 18, 2021.          /s/ Larry S. Eide
Larry S. Eide (AT0002317)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | CHAPTER 7 |
|---|---|
| SIMPLY ESSENTIALS, LLC, | CASE NO. 20-00305 |
| Debtor(s). | |

**TRUSTEE'S MOTION TO APPROVE BID;
SUPPLEMENT TO
TRUSTEE'S MOTION TO SELL AND FOR OTHER RELIEF
(11 U.S.C. §§363(b) AND (f));**

COMES NOW Chapter 7 Trustee Larry S. Eide and moves the Court for an order granting this Motion, and in support thereof respectively states:

1. On June 22, 2021, the Trustee filed a Motion to Sell and For Other Relief 11 U.S.C. §§363(b) and (f); Motion to Approve Bid Procedures (hereinafter called the "Motion to Sell") whereby the Trustee sought approval of this Court to sell the Assets (as defined in the Motion to Sell) pursuant to a written bid in the amount of $9,500,000.00 received from Pure Prairie Farms, Inc. (hereinafter called "Pure Prairie"), or in the event of a timely filed objection, the approval of bidding procedures.

2. This document is a supplement to the Motion to Sell and a request to approve a bid in the amount of $9,500,000.00 received by the Trustee from International Poultry Breeders, L.L.C., d/b/a The Best Dressed Chicken at the auction held on August 11, 2021, all as provided in the Order Approving Bid Procedures.

3. After notice of the Motion to Sell was provided to creditors and parties in interest, several objections to the Motion were filed, including an Objection filed by Wincorp International, Inc. (hereinafter called "Wincorp"), on behalf of its affiliate The Best Dressed Chicken (Doc No. 124).

4. On July 14, 2021, Wincorp filed a Supplement to Objection to Trustee's Motion to Sell (Doc. No. 131) and designated International Poultry Breeders, L.L.C., d/b/a The Best Dressed Chicken (hereinafter called "IPB") as its affiliate for the purposes of its Objection and as the proposed purchaser of the Assets.

5. Paragraph 27(c) of the Trustee's Motion to Sell filed on June 22, 2021, provides:

> All parties desirous of participating in the additional bid process, including Pure Prairie Farms, Inc., must provide the Trustee and Heritage with evidence of an ability and the financial wherewithal, as determined solely by the Trustee, to consummate the sale transaction <u>no later than 5:00 p.m. CDT on the fourth business day after</u> the conclusion of the telephonic hearing on this Motion at which the bid procedures are approved;

6. On July 16, 2021, a hearing was held on the Motion to Sell and thereafter on July 22, 2021, the Court entered an Order Approving Bid Procedures (Doc. No. 142) which set forth specific actions and specific dates that such actions must be completed by all parties in order to participate in an auction of the Assets, including the making of an opening bid.

7. The provisions of Paragraph 27(c) of the Trustee's Motion to Sell were included in the Order Approving Bid Procedures.

8. On August 3, 2021, the Trustee timely received a $500,000.00 cash deposit on behalf of IPB.

9. The deadline for all parties, including Pure Prairie, to provide the Trustee with evidence of an ability and the financial wherewithal to consummate the sale transaction was August 9, 2021.

10. On August 9, 2021, the Trustee timely received confirmation of IPB's financial wherewithal to consummate the sale transaction.

11. At 3:07 PM on August 9, 2021, the Trustee received an email from the attorney for Pure Prairie stating, *inter alia*:

> that in light of the overbid of The Best Dressed Chicken, Pure Prairie will not be participating in further bidding. I believe that holding an auction is no longer necessary under those circumstances, and I wish you well in closing the sale with Best Dressed.

12. After receipt of the email described in Paragraph 11, the Trustee's brokers had numerous conversations with the representatives of Pure Prairie and attempted to contact Pure Prairie additional times without success, with the communications and attempted communications continuing all the way up until shortly before the commencement of the telephone auction.

13. Pure Prairie did not request to participate in the auction and did not participate in the auction.

14. The Objection filed by Wincorp (Doc. No. 124) on behalf of The Best Dressed Chicken (now IPB as described in the Supplement filed July 14, 2021 (Doc. No. 131)) to the Trustee's Motion to Sell states:

> In the event that Pure Prairie Farms, Inc. (PPFI) satisfies the Trustee that it has the ability and the financial wherewithal to consummate the sale transaction as required by Section 27(c) of the Motion, then Wincorp offers $10,000,000.00 for the purchase of the Assets. In the event that PPFI is unable to satisfy the requirements of Section 27(c) of the Motion, or for any other reason is unwilling or unable to purchase the Assets pursuant to the terms and conditions of the Motion, then Wincorp offers $9,500,000.00 for purchase of the Assets.

15. At the commencement of the auction the Trustee and the broker explained to those participating in the auction the events that had occurred during the pre-auction process, including the communication received from Pure Prairie.

16. At the conclusion of the explanation, the attorney for IPB asked the Trustee whether he considered Pure Prairie to be a qualified bidder under the terms of the Order Approving Bid Procedures, and the Trustee stated that he did NOT consider Pure Prairie to be a qualified bidder on the account of its failure to provide any evidence of its financial wherewithal to consummate the sale transaction which was required by the Order Approving Bid Procedures.

17. The Trustee's broker then sought a bid of $9,700,000.00.

18. The attorney for IPB stated that a bid of only $9,500,000.00 was required because Pure Prairie had not, by August 9, 2021, provided the Trustee with any evidence of an ability and the financial wherewithal to consummate the purchase of the Assets, that Pure Prairie had not timely satisfied the requirements of the Order Approving Bid Procedures, and thus, as confirmed by the Trustee, Pure Prairie was not a qualified bidder.

19. The attorney for IPB further stated that consistent with its Objection, that IPB submits a bid in the amount of $9,500,000.00 for the Assets.

20. Following discussion and the further solicitation of a higher bid, with none being received, the Trustee accepted the bid of $9,500,000.00 from IPB subject to Court approval.

21. No objection or opposition was voiced by any party who attended or was represented at the auction.

22. The Trustee now seeks approval of the $9,500,000.00 bid of IPB and the approval of the sale of the Assets to IPB for the sum of $9,500,000.00.

23. The order approving this Motion and the Trustee's Motion to Sell should provide that any and all liens, claims, titles, encumbrances, interests, and rights asserted by Farmer Mac and Pitman Farms, and any other lienholders, will attach to the gross proceeds from the court-approved sale, in whatever order of priority that existed as of the commencement of this case, EXCEPT that Farmer Mac and Pitman Farms have agreed that:

   a. any Real Estate Transfer Tax due pursuant to Iowa Code Chapter 428A shall be released and paid from the gross sales proceeds,

   b. all real estate taxes due at the time of conveyance of the Real Estate by the Trustee to the purchaser, together with real estate taxes prorated to the date of said conveyance shall be released and paid from the gross sales proceeds,

   c. the compensation due to Heritage shall be released and paid from the gross sales proceeds. The application to employ Heritage provides the following for compensation:

   For a turnkey sale, Brokers shall receive a commission of five percent (5%) of the gross sales price of the Property, provided that the commission shall be reduced to three percent (3%) in the event that the Minnesota Growers Group or Pittman (sic) Family Farms is the successful purchaser. In addition, Brokers shall advance all expenses necessary to prepare, market and conduct the turnkey sale process, and shall be entitled to $25,000.00 for expense reimbursement (the Turnkey Allowance). In the event that a turnkey sale does not occurs, the Property will be sold by auction.

   The proposed purchaser is NOT the Minnesota Growers Group.

   d. a sum equal to 0.75% of the gross proceeds shall be released from the gross proceeds, and such sum shall be free and clear of any and all claims, liens, titles, interests, and rights, and the Trustee and the estate may use such sum for any and all purposes, pursuant to the provisions of Title 11, including but not limited to the payment of administrative claims and expenses and, if

available, to the payment of various non-administrative claims (such as general unsecured claims).

24. The order approving this Motion and the Trustee's Motion to Sell should also contain all of the other terms and conditions requested in the Trustee's Motion to Sell.

25. The Trustee avers and submits that the sale to IPB proposed is this Motion is in the best interest of the estate, the creditors and the community. This is so because a sale will generate much-needed cash to enable the Trustee to administer this case, and will hopefully enable IPB to use the Assets in the operation of a business for the good and benefit of IPB, and to the betterment of the community and the public interest.

26. The Trustee further avers and submits that the withdrawal of Pure Prairie from the bidding process appears to the Trustee to have been done knowingly by Pure Prairie with the assistance and advice from counsel.

27. The Trustee further avers and submits that the auction was conducted in good faith, and that the bid of IPB was received in good faith, all with assistance and advice from counsel and the Trustee's brokers.

28. The Trustee further requests that the Court authorize the Trustee to return the cash deposit in the sum of $500,000.00 received on behalf of Pure Prairie.

29. The Trustee requests that the Court schedule a hearing to approve this Motion and the Motion to Sell.

30. The Trustee requests that the order approving this Motion and the Motion to Sell provide that the 14-day stay period in F.R.B.P. 6004(h) is inapplicable. Such a provision will enable an expeditious closing, and will minimize administrative claim (such as utility bills, real estate taxes, etc.) that will be incurred and inflicted against the estate.

WHEREFORE, the Trustee respectfully prays this Court, on such notice and hearing as is required, to enter and enroll an order granting the relief requested by the Trustee in this Motion and the Motion to Sell as modified by the Supplement, and for such other relief as may be just and property under the premises.

DATED:  August 13, 2021

    /s/ Larry S. Eide
Larry S. Eide, Trustee (AT0002317)
PO Box 1588
Mason City, Iowa  50402-1588
Telephone: 641.423.4264
Facsimile: 641.423.3145
Email: eide@pappajohnlaw.com

## CERTIFICATION OF SERVICE

The undersigned, Larry S. Eide, certifies that on August 13, 2021, he served a copy of the foregoing document on the United States Trustee, Debtor(s), attorney for Debtor(s) and other parties having requested notice pursuant to Rule 2002 electronically on all parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing, and by ordinary United States mail, postage prepaid, addressed as follows on all other parties:

Terry L. Gibson
Wandro & Associates, P.C.
2501 Grand Avenue, Suite B
Des Moines, IA 50312

Riley C. Walter
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720

Joseph A. Peiffer
Ag & Business Legal Strategies
1350 Boyson Road, Suite B
PO Box 11425
Hiawatha, IA 52233-2211

Michael P. Mallaney
Shindler, Anderson, Goplerud & Weese, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749

Thomas L. Flynn
Brick Gentry, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266

Todd J. Ohlms
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60602-4342

Kristina M. Stanger
Nyemaster, Goode, P.C.

700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899

Daniel Desatnik
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Eric W. Lam
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1266

Jackson C. Blais
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1266

Abram Carls
Simmons Perrine Moyer Bergman PLC
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1266

Brandon R. Tomjack
Baird Holm LLP
1700 Farnam St, Ste 1500
Omaha, NE 68102-2068

Steven C. Turner
Baird Holm LLP
1700 Farnam Street, Ste 1500
Omaha, NE 68102

James L. Snyder
Acting United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA  52401-2101

      /s/ Larry S. Eide
      Larry S. Eide (AT0002317)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0862-4<br>Case 20-00305<br>Northern District of Iowa<br>Mason City<br>Fri Aug 13 13:35:48 CDT 2021 | ARKK Food Company<br>dba Food Source<br>17 50 S. Telegraph Ave.,<br>suite 310<br>West Bloomfield, MI 48322 | ARKK Food Company<br>dba Trade Source<br>1750 S Telegraph Road.,<br>#310<br>Bloomfield Hills, MI 48302-0179 |
| ARKK Food Company, Inc.<br>c/o Kristina M. Stanger<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3899 | ARKK Food Company, Inc.<br>c/o Todd J. Ohlms, Proskauer Rose LLP<br>70 West Madison, Suite 3800<br>Chicago, IL 60602-4342 | Academy Bank, NA<br>1111 Main Street,<br>Suite 1600<br>Kansas City, MO 64105-2114 |
| Airgas USA, LLC<br>6055 Rockside Woods Blvd.<br>Independence, OH 44131-2301 | American Arbitration Association<br>150 N Michigan Ave #3050<br>Chicago, IL 60601-7553 | Applegate & Thorne-Thomsen, PC<br>Dan Klaff<br>440 s. LaSalle Street,<br>Suite 1900<br>Chicago, IL 60605-5010 |
| Baird Holm LLP<br>Steven Turner<br>1700 Farnam Street,<br>suite 1500<br>Omaha, NE 68102-2078 | Baker Manock & Jensen<br>Jan T Perkins<br>Jackson Waste<br>52 60 North Palm Ave.<br>Fourth Floor<br>Fresno, CA 93704-2215 | Baker Tilly Capital, LLC<br>PO Box 7398<br>Madison, WI 53707-7398 |
| Bank of the West<br>8033 South 15th Street, Suite C<br>Lincoln, NE 68512-9613 | Bassford Remele<br>Kevin Hickey<br>100 S. 5th St. Minneapolis<br>Minneapolis, MN 55402-1254 | Jackson C. Blais<br>Simmons Perrine Moyer Bergman PLC<br>115 3rd Street SE<br>Suite 1200<br>Cedar Rapids, IA 52401-1222 |
| Tyler Bortle<br>N3884 US Hwy 53<br>Whitewall, WI 54773 | CSDP Subsidiary CDE 3, LLC<br>c/o Central State Development Partners<br>Brian Hollenbeck<br>100 19th Street, Suite 109<br>Rock Island, IL 61201-8022 | California Attorney General<br>PO Box 944255<br>Sacramento, CA 94244-2550 |
| California Dept. of Tax and<br>Fee Administration<br>Account Information Group MIC: 29<br>Sacramento, CA 94279-0029 | Abram V. Carls<br>Simmons Perrine Moyer Bergman PLC<br>115 Third Street SE<br>Suite 1200<br>Cedar Rapids, IA 52401-1222 | Charles City<br>Floyd County<br>101 South Main Street<br>Charles City, IA 50616-2746 |
| Chris Uhlenkamp<br>18671 Jewel Rd.<br>Little Falls, MN 56345 | Chris Uhlenkamp<br>18848 Jewel Road<br>Little Falls, MN 56345-5707 | Clyde & Debbie Gumbert<br>626 County Road Z<br>Mondovi, WI 54755 |
| Clyde and Debbie Gumbert<br>5726 Turner Valley Rd.<br>Mondovi, WI 54755 | Cooper White & Cooper<br>Peter C. Califano<br>201 California Street, 17th Floor<br>San Francisco, CA 94111-5002 | Craig Fennemore, P.C.<br>Attn: Acctg. Dept.<br>2394 East Camelback Road, Suite 600<br>Phoenix, AZ 85016-9077 |
| Croell Redi-Mix, Inc.<br>300 50th Ave. Ct. SW<br>Cedar Rapids, IA 52404-4408 | Crown Equipment Corporation<br>44 S. Washington Street<br>New Bremen, OH 45869-1288 | Curt Larson<br>7691 Hickory Road<br>Eau Claire, WI 54701-8823 |

| | | |
|---|---|---|
| Dale Lahn<br>W27133 Hallis Lane<br>Eleva, WI 54738-9473 | Dan Schlichting<br>1435 125th<br>Rice, MN 56367-9705 | Daspin & Aument, LLP<br>D. Albert Daspin<br>300 S. Wacker Drive<br>Chicago, IL 60606-6777 |
| David Welle<br>19737 305th Ave.<br>Pierz, MN 56364-1310 | Davis Brown Law<br>Jason Stone<br>215-10th Street, Suite 1300<br>Des Moines, IA 50309-3616 | Delaware Secretary of State<br>401 Federal St #4<br>Dover, DE 19901-3639 |
| Dennis Gilbertson<br>3570 Cty Rd. C<br>Spring Green, WI 53588-8929 | Daniel Steven Desatnik<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299 | Dowling Aaron<br>PO Box 28902<br>Fresno, CA 93729-8902 |
| Larry S. Eide<br>PO Box 1588<br>Mason City, IA 50402-1588 | Larry S. Eide<br>Pappajohn, Shriver, Eide & Nielsen P.C.<br>103 E. State Street, Suite 800<br>PO Box 1588<br>Mason City, IA 50402-1588 | Employment Development Department<br>Bankruptcy/Special Procedures Group<br>PO Box 826880 MIC 92E<br>Sacramento, CA 94280-0001 |
| Rebecca Estonilo<br>State of California<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Farmer MAC<br>1999 K. Street NW<br>Washington, DC 20006-1129 | Federal Agricultural Mortgage Corporation<br>c/o Brandon R. Tomjack<br>1700 Farnam St, Ste 1500<br>Omaha, Nebraska 68102-2068 |
| Floyd County Tax Collector<br>101 S. Main Street, #303<br>Charles City, IA 50616-2756 | Floyd Kevin Ringler<br>3190 Baker Road<br>Fairfax, MN 55332 | Fox Rothschild, LLP<br>Archana Nath<br>Jeff Bouslog<br>222 South Ninth Street, Suite 2000<br>Minneapolis, MN 55402-3338 |
| Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Freeborn & Peters, LLP<br>Todd J. Ohlms<br>Tomita M. Helton<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606-6683 | Fresno County Tax Collector<br>PO Box 1247<br>Fresno, CA 93715-1247 |
| Lee Frie<br>W648 Baures Road<br>Fountain City, WI 54629-7527 | Terry Gibson<br>2501 Grand Avenue<br>Suite B<br>Des Moines, IA 50312-5342 | Dennis Gilbertson<br>3582 High Point Road<br>Spring Green, WI 53588-8979 |
| Gislason & Hunter LLP<br>Dustan J. Cross<br>2700 South Broadway<br>New Ulm, MN 56073-3979 | Clyde Gumbert<br>W626 Cty Rd Z<br>Mondovi, WI 54755 | Gumbert Brookfield Farms<br>626 County Road Z<br>Mondovi, WI 54755 |
| Heritage Global Partners, Inc.<br>12625 High Bluff Drive #305<br>San Diego, CA 92130-2054 | Huff & Vanderbreek, LLP<br>7112 N. Fresno, St #140<br>Fresno, CA 93720-2949 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Iowa Community Capital<br>Mark A. Edleman<br>915 8th Street, Suite 205<br>Boone, IA 50036-2921 | Iowa Department of Revenue<br>Office of the Attorney General<br>Attn: Bankruptcy Unit<br>1304 E. Walnut Street<br>Des Moines, IA 50319 | Jackson C. Blais<br>SIMMONS PERRINE MOYER BERGMAN PLC<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 |
| John Tschida<br>8806 170th Avenue<br>Royalton, MN 56373-3913 | Karl J. Johnson<br>Taft Stettinius & Hollister LLP<br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402-2100 | Karl Johnson<br>Taft Stettinius & Hollister LLP<br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis 55402-2100 |
| Kostner, Koslo & Brovold, LLC<br>Karina O'Brien<br>108 West Main Street<br>Arcadia, WI 54612-1326 | Kuehl Turkeys, LLC<br>Shane Kuehl<br>1550 230th Street<br>Truman, MN 56088-2111 | Dale Lahn<br>W166 Hwy 10<br>Mondovi, WI 54755 |
| Eric W. Lam<br>115 Third Street S.E. Suite 1200<br>Cedar Rapids, IA 52401-1222 | Curt Larson<br>N50495 Thompson Road<br>Eleva, WI 54738-4302 | Lathrop Gage, LLP<br>Jared M. Minkoff<br>2345 Grand Blvd. Suite 2200<br>Kansas City, MO 64108-2618 |
| Law Offices of Kenneth J. Freed<br>PO Box 5914<br>Sherman Oaks, CA 91413-5914 | Lee Frie<br>S2332 Country Road E<br>Arcadia, WI 54612-8752 | Lee Frie<br>W648 Baures Rd<br>Fountain City, WI 54629-7527 |
| Michael P. Mallaney<br>Shindler, Anderson, Goplerud & Weese, P.<br>5015 Grand Ridge Drive<br>Suite 100<br>West Des Moines, IA 50265-5769 | MidAmerican Energy Company<br>PO Box 8020<br>Davenport, IA 52808-8020 | Mike Schlesser<br>W682 County Rd E<br>Arcadia, WI 54612-8600 |
| Motschiedler, Michaelides, Wishon,<br>Brewer & Ryan, LLP<br>Russell K. Ryan<br>1690 West Shaw Ave., Suite 200<br>Fresno, CA 93711-3519 | NMTC<br>10 Terrace Ct<br>Madison, WI 53718-2004 | Nixon Peabody, LLC<br>Gregory N. Doran<br>779 9th Street NW, Suite 500<br>Washington, DC 20001 |
| OIRE Kansas C, LLC<br>Vice President<br>10350 Bren Road West<br>Hopkins, MN 55343-9014 | PNC CDE 80, LLC<br>Lathrop GPM LLP<br>7701 Forsyth Blvd., Suite 500<br>Clayton, MO 63105-1875 | PNC CDE 80, LLC<br>c/o PNC Financial Services Group<br>The Tower at PNC Plaza<br>300 Fifth Avenue, 14th Floor<br>Pittsburgh, PA 15222-2401 |
| PNC New Markets Investment Partners, LLC<br>c/o PNC Financial Services Group<br>NMTC Asset Management<br>300 Fifth Avenue, 14th Floor<br>Pittsburgh, PA 15222-2401 | Joseph A. Peiffer<br>Ag & Business Legal Strategies<br>1350 Boyson Rd<br>Ste Building B<br>Hiawatha, IA 52233-2211 | Pitman Family Farms, LLC<br>1075 North Ave.<br>Sanger, CA 93657-3539 |
| Pitman Farms<br>c/o Abram V. Carls<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 | Pitman Farms<br>c/o Eric J. Langston<br>115 Third St. SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 | Pitman Farms, Inc.<br>1075 North Ave<br>Sanger, CA 93657-3539 |

| | | |
|---|---|---|
| Pitman Farms, Inc.<br>c/o Eric J. Lam<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 | Pitman Farms, Inc.<br>c/o Eric J. Langston<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA 52401 | Pop's Poultry Farm, LLC<br>15504 120th Street<br>Aplington, IA 50604 |
| Pop's Poulty Farm<br>Tom Poppen<br>33416 Grand Ave.<br>Aplington, IA 50604-8527 | Pop's Poutltry Farm, LLC<br>33416 Grand Ave<br>Aplington, IA 50604-8527 | Prairie's Best Farms, Inc.<br>68808 Fort Road<br>Fairfax, MN 55332-6935 |
| Prairies Best Farms Inc<br>68808 Fort Rd<br>Fairfax, MN 55332-6935 | Prichard Law Office, PC.<br>Todd P. Prichard<br>103 North Main Street<br>Charles City, IA 50616-2014 | Ray J Weltzien<br>W23918 Holcomb Rd<br>Galesville, WI 54630 |
| Ray Weltzien<br>W23918 Holcomb Coulee Road<br>Galesville, WI 54630-8410 | Reinhart Boerner Van Deuren<br>David B. Schulz<br>1000 North Water Streetm Suite 1700<br>Milwaukee, WI 53202-3197 | Rick Weltzein<br>N20222 State Road 93<br>Galesville, WI 54630-8209 |
| Rick Weltzien<br>N20222 State Rd 93<br>Galesville, WI 54630-8209 | Rick Weltzien<br>c/o Kayla L. Sproul<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265 | Rick Weltzien<br>c/o Michael P. Mallaney<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265 |
| Rodney Boser<br>20645 275th Ave<br>Pierz, MN 56364-1942 | Rustic Ridge Farm<br>Eric Glasson<br>12395 Stockyard Road<br>Montfort, WI 53569 | Ryder Transportation Services<br>PO Box 96723<br>Chicago, IL 60693-6723 |
| (p)U S SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>444 SOUTH FLOWER STREET 9TH FLOOR<br>LOS ANGELES CA 90071-2934 | Shane Kuehl<br>Kuehl Poultry LLC<br>1550 230th Street<br>Truman, MN 56088-2111 | Simply Essentials Beef, LLC<br>c/o Cogency Global Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904-5786 |
| Simply Essentials Holdings, LLC<br>Dennis Krause<br>12980 Foster, Suite 220<br>Overland Park, KS 66213-2691 | Simply Essentials, LLC<br>901 North Main Street<br>Charles City, IA 50616-2109 | Kristina M. Stanger<br>Nyemaster Goode<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309-3800 |
| Taft Stettinius & Hollister, LLP<br>Jack Perry<br>80 South 8th Street<br>2200 IDS Center<br>Minneapolis, MN 55402 | The Best Dressed Chicken, Inc.<br>c/o Thomas L. Flynn<br>6701 Westown Parkway, Suite 100<br>West Des Moines, IA 50266 | Brandon R. Tomjack<br>1500 Woodmen Tower<br>Omaha, NE 68102-2068 |
| Tonita M. Helton<br>311 South Wacker Drive, Ste. 3000<br>Chicago, Illinois 60606-6683 | Tyler Bortle<br>N40662 Fuller Coulee Rd<br>Whitehall, WI 54773-2006 | US Bank National Association Trustee for Fed<br>Corporation Program<br>1133 Rankin Street, Suite 100<br>Saint Paul, MN 55116-4117 |

| | | |
|---|---|---|
| United States Attorney<br>(IRS Division)<br>(USDA Division)<br>2500 Tulare Street, Suite 44041<br>Fresno, CA 93721-1321 | United States Department of Justice<br>Civil Trial Section, Western Region<br>Box 683, Ben Franklin Station<br>Washington, DC 20044-0683 | United States Department of Labor<br>200 Constitution Ave., NW<br>Washington, DC 20210-0002 |
| United States Dept. of Justice<br>U.S. Trustee Program<br>2500 Tulare Street<br>Fresno, CA 93721-1321 | United States Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA 52401-2103 | VAF Sub-CDE 53, LLC<br>Tyler Inda<br>PO Box 7398<br>Madison, WI 53707-7398 |
| WESTERN GRAIN & MILLING<br>1075 NORTH AVE<br>SANGER, CA 93657-3539 | Riley C. Walter<br>Wanger Jones Helsley<br>265 E. River Park Circle<br>Ste 310<br>Fresno, CA 93720-1580 | Wells Fargo Bank NA<br>300 Tri-State International, Suite 400<br>Lincolnshire, IL 60069-4417 |
| Rick Weltzien<br>N20222 State Road 93<br>Gailsville, WI 54630-8209 | Wendi Alper-Pressman<br>Lathrop GPM LLP<br>7701 Forsyth Blvd., Suite 500<br>Clayton, MO 63105-1875 | Western Grain & Milling, Inc.<br>c/o Eric J. Langston<br>115 Third St. SE, Suite 1200<br>Cedar Rapids, IA 52401-1222 |
| Wisconsin Dept. of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Fl. 11
Los Angeles, CA 90036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u), IA | (u)ARKK Food Company, Inc. | (d)ARKK Food Company, Inc.<br>c/o Todd J. Ohlms, Proskauer Rose LLP<br>70 West Madison, Suite 3800<br>Chicago, IL 60602-4342 |
| (u)Federal Agricultural Mortgage Corporation | (u)Freeborn & Peters LLP | (u)Alec Modrick |

```
End of Label Matrix
Mailable recipients   132
Bypassed recipients     9
Total                 141
```