*SIMPLY ESSENTIALS, LLC*
*Balance Sheet*
*As of Saturday, March 31, 2018*

## ASSETS

### Current Assets

| | |
|---|---:|
| CASH and CASH EQUIVALANTS | $2,124,967 |
| ACCOUNTS RECEIVABLE | 3,907,188 |
| NOTE RECEIVABLE-PITMAN | (100,000) |
| DUE FROM AFFILIATES | 79,564 |
| EMPLOYEE ADVANCE | 169,043 |
| PREPAID EXPENSES | 389,461 |
| INVENTORY | 5,203,511 |
| **Total Current Assets** | **11,773,734** |

### Fixed Assets

#### Property Plant & Equipment

| | |
|---|---:|
| LAND | 20,000 |
| BUILDINGS | 3,980,000 |
| CONSTRUCTION IN PROGRESS | 1,121,571 |
| PLANT EQUIPMENT | 30,898,606 |
| OFFICE FURNITURE AND EQUIPMENT | 55,900 |
| COMPUTER EQUIPMENT | 75,630 |
| VEHICLES | 737,678 |
| PBF ASSET PURCHASE | 2,129,500 |
| **Total Property Plant & Equipment** | **39,018,885** |
| **Net Fixed Assets** | **39,018,885** |

### Other Assets

| | |
|---|---:|
| TRADE NAME | (26,454) |
| ACCUMULATED AMORTIZATION | (5,169) |
| DEPOSITS & ADVANCES | 101,000 |
| **Total Other Assets** | **69,377** |

| | |
|---|---:|
| **Total Assets** | **$50,861,996** |

## LIABILITIES AND STOCKHOLDERS' EQUITY

### Current Liabilities

| | |
|---|---:|
| ACCOUNTS PAYABLE | 2,907,263 |
| ACCRUED EXPENSES | 402,665 |
| LINE OF CREDIT | 1,892,990 |
| DUE TO AFFILIATES | 39,700,000 |
| **Total Current Liabilities** | **44,902,918** |

| | |
|---|---:|
| LONG-TERM LOANS | 39,493,145 |
| CAPITALIZED LEASES | 393,076 |
| **Total Long Term Liabilities** | **39,886,221** |
| **Total Liabilities** | **84,789,139** |

### Stockholders' Equity

| | |
|---|---:|
| RETAINED EARNINGS | (18,625,620) |
| NEGATIVE GOODWILL | 4,884,205 |
| YEAR TO DATE INCOME (LOSS) | (20,185,728) |
| **Total Stockholders' Equity** | **(33,927,143)** |

| | |
|---|---:|
| **Total Liabilities and Stockholders' Equity** | **$50,861,996** |

**Exhibit 2**