**SIMPLY ESSENTIALS, LLC**
**Balance Sheet**
*As of Saturday, June 30, 2018*

### ASSETS

**Current Assets**

| | |
|---|---:|
| CASH and CASH EQUIVALANTS | ($884,647) |
| ACCOUNTS RECEIVABLE | 4,515,002 |
| DEPOSIT RECEIVABLE | 6,305 |
| NOTE RECEIVABLE-PITMAN | (100,000) |
| DUE FROM AFFILIATES | 79,564 |
| EMPLOYEE ADVANCE | 168,555 |
| PREPAID EXPENSES | 389,461 |
| INVENTORY | 3,645,532 |
| **Total Current Assets** | **7,819,772** |

**Fixed Assets**

**Property Plant & Equipment**

| | |
|---|---:|
| LAND | 20,000 |
| BUILDINGS | 3,980,000 |
| CONSTRUCTION IN PROGRESS | 2,157,078 |
| PLANT EQUIPMENT | 30,919,648 |
| RANCH EQUIPMENT | 19,633 |
| OFFICE FURNITURE AND EQUIPMENT | 55,900 |
| COMPUTER EQUIPMENT | 75,724 |
| VEHICLES | 737,678 |
| PBF ASSET PURCHASE | 2,129,500 |
| **Total Property Plant & Equipment** | **40,095,161** |
| Less: Accumulated Depreciation | 226,271 |
| **Net Fixed Assets** | **40,321,432** |

**Other Assets**

| | |
|---|---:|
| TRADE NAME | (26,454) |
| ACCUMULATED AMORTIZATION | (5,169) |
| DEPOSITS & ADVANCES | 111,000 |
| **Total Other Assets** | **79,377** |
| | |
| **Total Assets** | **$48,220,581** |

### LIABILITIES AND STOCKHOLDERS' EQUITY

**Current Liabilities**

| | |
|---|---:|
| ACCOUNTS PAYABLE | 3,303,870 |
| ACCRUED EXPENSES | 191,054 |
| LINE OF CREDIT | 1,406,407 |
| DUE TO AFFILIATES | 51,570,000 |
| **Total Current Liabilities** | **56,471,331** |
| | |
| LONG-TERM LOANS | 39,174,475 |
| CAPITALIZED LEASES | 375,949 |
| **Total Long Term Liabilities** | **39,550,424** |
| **Total Liabilities** | **96,021,755** |

**Stockholders' Equity**

| | |
|---|---:|
| RETAINED EARNINGS | (18,625,620) |
| NEGATIVE GOODWILL | 4,884,205 |
| YEAR TO DATE INCOME (LOSS) | (34,059,759) |
| **Total Stockholders' Equity** | **(47,801,174)** |
| | |
| **Total Liabilities and Stockholders' Equity** | **$48,220,581** |

**Exhibit 3**