**SIMPLY ESSENTIALS**
**BALANCE SHEET**
**SEPTEMBER 30, 2018**

**ASSETS**

**Current Assets**

| | | |
|---|---|---|
| CASH and CASH EQUIVALANTS | $ | (1,473,533) |
| ACCOUNTS RECEIVABLE | $ | 4,307,916 |
| DEPOSITS & ADVANCES | $ | 20,631 |
| OTHER CURRENT ASSETS | $ | 6,305 |
| INVENTORIES | | |
|   LIVE INVENTORY | $ | 2,525,187 |
|   PROCESSED INVENTORY | $ | 1,674,064 |
|   TOTOAL INVENTORY | $ | 4,199,251 |
| UNDEPOSITED FUNDS | | |
| **Total Current Assets** | **$** | **7,060,570** |

**Fixed Assets**

**Property Plant & Equipment**

| | | |
|---|---|---|
| BUILDINGS | $ | 3,980,000 |
| COMPUTER EQUIPMENT | $ | 88,791 |
| CONSTRUCTION IN PROGRESS | $ | 40,760 |
| FURNITURE & FIXTURES | $ | 55,900 |
| HOUSE | $ | 236,271 |
| LAND | $ | 20,000 |
| MACHINERY & EQUIPMENT | $ | 34,973,129 |
| TRACTOR/FORKLIFT | $ | 224,100 |
| VEHICLES | $ | 426,281 |
| WELLS/PUMPS | $ | 53,200 |
| PBF ASSET PURCHASE | $ | 2,129,500 |
| ACCUMULTED DEPRECIATION | $ | (4,676,717) |
| **Total Property Plant & Equipment** | **$** | **37,551,215** |
| **Net Fixed Assets** | **$** | **37,551,215** |

**Other Assets**

| | | |
|---|---|---|
| **Total Assets** | **$** | **44,611,785** |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

**CURRENT LIABILITIES**

| | | |
|---|---|---|
| ACCOUNTS PAYABLE | $ | 5,406,306 |
| OTHER CURRENT LIABILITES | | |
|   CREDIT LINE PAYABLE | $ | 1,323,011 |
|   ACCRUED PAYABLES | $ | 164,467 |
|   ACCRUED RETAINAGE | $ | 123,520 |
|   ACCRUED INSURANCE | $ | 5,857 |
|   OTHER LIABILITY | $ | 9,714 |
| TOTAL OTHER CURRENT LIABILITIES | $ | 1,626,569 |
| **Total Current Liabilities** | **$** | **7,032,875** |

**LONG TERM LIABILITES**

| | | |
|---|---|---|
| DUE TO AFFILIATES | $ | 62,866,090 |
| LONG-TERM LOANS | $ | 39,005,436 |
| CAPITALIZED LEASES | $ | 330,476 |
| UNCLAIMED PROPERTY | $ | 2,877 |
| **Total Long Term Liabilities** | **$** | **102,204,879** |
| **Total Liabilities** | **$** | **109,237,754** |

**Stockholders' Equity**

| | | |
|---|---|---|
| RETAINED EARNINGS | $ | (18,625,620) |
| NEGATIVE GOODWILL | $ | 4,884,205 |
| YEAR TO DATE INCOME (LOSS) | $ | (50,884,554) |
| **Total Stockholders' Equity** | **$** | **(64,625,969)** |
| **Total Liabilities and Stockholders' Equity** | **$** | **44,611,785** |