## Simply Essentials
## Balance Sheet
### As of Monday, December 31, 2018

**ASSETS**

**Current Assets**

| | |
|---|---:|
| CASH and CASH EQUIVALANTS | $128,060 |
| ACCOUNTS RECEIVABLE | 3,540,384 |
| OTHER CURRENT ASSETS | |
|   DEPOSIT RECEIVABLE | 26,956 |
|   CASH EXCHANGE | (23,915) |
|   EMPLOYEE ADVANCE | (80) |
|   PREPAID EXPENSES | 9,600 |
| TOTAL OTHER CURRENT ASSETS | 12,561 |
| INVENTORIES | |
|   LIVE INVENTORY | 3,399,692 |
|   PROCESSED INVENTORY | 1,524,219 |
|   PLANT INVENTORY | |
|   TOTAL INVENTORY | 4,923,911 |
| UNDEPOSITED FUNDS | |
| **Total Current Assets** | **8,604,916** |

**Fixed Assets**

**Property Plant & Equipment**

| | |
|---|---:|
| BUILDINGS | 3,980,000 |
| COMPUTER EQUIPMENT | 88,791 |
| CONSTRUCTION IN PROGRESS | 816,774 |
| FURNITURE & FIXTURES | 55,900 |
| HOUSE | 236,271 |
| LAND | 20,000 |
| MACHINERY & EQUIPMENT | 34,973,129 |
| TRACTOR/FORKLIFT | 281,068 |
| VEHICLES | 426,281 |
| WELLS/PUMPS | 53,200 |
| PBF ASSET PURCHASE | 2,129,500 |
| **Total Property Plant & Equipment** | **43,060,914** |
| Less: Accumulated Depreciation | (5,696,047) |
| **Net Fixed Assets** | **37,364,867** |

**Other Assets**

| | |
|---|---:|
| **Total Assets** | **45,969,783** |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

**CURRENT LIABILITIES**

| | |
|---|---:|
| ACCOUNTS PAYABLE | 5,325,302 |
| OTHER CURRENT LIABILITES | |
|   CREDIT LINE PAYABLE | 27,124 |
|   ACCRUED PAYABLES | 294,759 |
|   ACCRUED INSURANCE | 6,157 |
|   OTHER LIABILITY | 2,418 |
| TOTAL OTHER CURRENT LIABILITIES | 330,458 |
| **Total Current Liabilities** | **5,655,760** |

**Exhibit 5**
1 of 2     Produced Natively at SE_E00310271

Simply Essentials
Balance Sheet
As of Monday, December 31, 2018

| **LONG TERM LIABILITES** | |
|---|---:|
| DUE TO AFFILIATES | 77,776,090 |
| LONG-TERM LOANS | 38,662,597 |
| CAPITALIZED LEASES | 248,871 |
| UNCLAIMED PROPERTY | 2,877 |
| **Total Long Term Liabilities** | **116,690,435** |
| **Total Liabilities** | **122,346,195** |
| | |
| **Stockholders' Equity** | |
| RETAINED EARNINGS | (50,641,468) |
| EQUITY | (18,726,982) |
| NEGATIVE GOODWILL | 4,884,205 |
| YEAR TO DATE INCOME (LOSS) | (11,892,166) |
| **Total Stockholders' Equity** | **(76,376,411)** |
| | |
| **Total Liabilities and Stockholders' Equity** | **45,969,784** |