```
                    UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF IOWA (CEDAR RAPIDS)

                                      .
IN RE:                                .  Case No. 20-00305
                                      .  Chapter 7
SIMPLY ESSENTIALS, LLC,               .
                                      .
              Debtor.                 .
                                      .
                                      .
                                      .
. . . . . . . . . . . . . . . .       .
```

TRANSCRIPT OF 341 MEETING OF CREDITORS

Cedar Rapids, Iowa

November 10, 2020

TELEPHONIC APPEARANCES:

Trustee:

Shuttleworth & Ingersoll, P.L.C.
By:  LARRY S. EIDE, ESQ.
115 Third Street Southeast, Suite 500
Cedar Rapids, IA 52401
(319) 365-9461

For the Debtor:

Wandro & Associates, P.C.
TERRY GIBSON, ESQ.
2501 Grand Avenue, Suite B
Des Moines, IA 50312
(515) 281-1475

APPEARANCES CONTINUED.

Transcription Company:  Access Transcripts, LLC
10110 Youngwood Lane
Fishers, IN 46048
(855) 873-2223
www.accesstranscripts.com

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

**Exhibit 6**

```
TELEPHONIC APPEARANCES (Continued):


For the Debtor:
                        Wanger Jones Helsley
                        By:  RILEY C. WALTER, ESQ.
                        265 East River Park Circle
                        Suite 310
                        Fresno, CA 93720
                        (559) 490-0949

For AARK Food Company,
Inc.:                   Proskauer Rose, LLP
                        By:  TODD J. OHLMS, ESQ.
                        11 Times Square
                        New York, NY 10036
                        (212) 969-3191


                        Freeborn & Peters LLP
                        By:  ELIZABETH L. JANCZAK, ESQ.
                        311 South Wacker Drive, Suite 3000
                        Chicago, IL 60606
                        (312) 360-6000

For the Petitioning
Creditors:              Ag & Business Legal Strategies
                        By:  JOSEPH A. PEIFFER, ESQ.
                        1350 Boyson Road
                        Ste Building B
                        Hiawatha, IA 52233
                        (319) 363-1641

For Pitman Farms,
Inc.:                   Langston Legal PLC
                        By:  ERIC J. LANGSTON, ESQ.
                        5249 North Park Place NE #1008
                        Cedar Rapids, IA 52402
                        (319) 439-9793

For PNC Bank:
                        Lathrop GPM
                        By:  WENDI ALPER-PRESSMAN, ESQ.
                        7701 Forsyth Boulevard, Suite 500
                        Clayton, MO 63105
                        (314) 613-2826

Also Appearing:
                        DAVID KELVIN, ESQ.
```

7

1  point.

2         MR. EIDE:  Okay.  When you say you purchased

3  membership, tell me how that went down.  What do you mean by

4  that?

5         MR. PITMAN:  We heard that it was for sale, and it

6  was owned by a group out of Texas, and then they -- we

7  purchased the membership from them in a stock purchase of

8  membership in November of 2017.

9         MR. EIDE:  Just a housekeeping matter.  I would like

10  so that I make certain that I got everybody on appearances,

11  anybody that's on the phone, I would like you to send an email

12  to my law office, to my email address, just with your name and

13  address so that I make sure I have that and a phone number.  My

14  email address is E-I-D-E.  My last name, Eide@pappajohnlaw.com.

15  P-A-P-P-A, J-O-H-N, L-A-W dot com.  Okay?

16         I think I got everybody that spoke up, but just to

17  make sure that I've got everybody.  I would like that.

18         MR. Pitman, would you describe the debtors business?

19         MR. PITMAN:  The debtor's business is raising and

20  processing poultry.

21         MR. EIDE:  And the plant was in Charles City,

22  correct?

23         MR. PITMAN:  Yes, sir.  Yes.

24         MR. EIDE:  When did the plant cease operations?

25         MR. PITMAN:  In August of 2019.

1          MR. EIDE:  And when was the decision made to cease

2   processing poultry?

3          MR. PITMAN:  Around the beginning of June, end of

4   May, in 2019.

5          MR. EIDE:  And who participated in making that

6   decision?

7          MR. PITMAN:  Our family.  A slew of accountants and

8   lawyers, and --

9          MR. EIDE:  And when you say family, it'd be you, your

10  father.  There are other family members?

11         MR. PITMAN:  Yeah, my mother and my brother.

12         MR. EIDE:  Okay.  What's your brother's name?

13         MR. PITMAN:  Ben Pitman.

14         MR. EIDE:  Ben?

15         MR. PITMAN:  Yes.

16         MR. EIDE:  Okay.  What -- when the -- what was the

17  plan for the debtor's assets and debts at the time that the

18  business was terminated or ceased operation?

19         MR. PITMAN:  The plan was to find a buyer.  We tried

20  to find a buyer before we made a decision to close it.  We

21  actually had a couple people that we were negotiating with,

22  trying to sell it.  When those didn't come to fruition, and we

23  decided to cease, then we still tried to sell it throughout

24  that time period.

25         MR. EIDE:  Does the limited liability company, does

56

1   first retained the Wanger Jones firm with respect to bankruptcy

2   or restructuring services?

3           MR. PITMAN:  I'd have to go and look.  I do not know.

4           MR. OHLMS:  That's written down somewhere.

5           MR. PITMAN:  I'm sure it is.  Yeah.  Okay.

6           MR. OHLMS:  Okay.  When did Simply Essentials begin

7   to contemplate filing for protection under the Bankruptcy Code?

8           MR. PITMAN:  It was looked at in late '18, early '19

9   and then put off because we wanted to make some changes to turn

10  things around and put some new equipment in.  And then in May

11  of 2019 is when it really was contemplated and looked at.

12          MR. OHLMS:  I'm sorry, I couldn't hear.  Did you say

13  May of 2019 was when it was really contemplated?

14          MR. PITMAN:  Yeah, that's when it was seriously

15  contemplated, was May of '19.

16          MR. OHLMS:  All right.

17          MR. PITMAN:  We had to decide whether to throw in the

18  towel and screw everybody or to try to land it softly, and we

19  chose to bring it down and pay everybody, and land it softly.

20  We could have thrown in the towel, and made -- and just walked

21  away.

22          MR. OHLMS:  The equipment, the rolling stock that's

23  on the farm in Iowa, who all has access to that? Is that just

24  you and your brother?

25          MR. PITMAN:  Yes.

66

1          MR. EIDE:  Thank you.  I appreciate it.  Bye.

2      (Proceedings concluded at 9:59 a.m.)

3                          *  *  *  *  *
4

5

6

7

8

9

10

11

12

13

14                    **C E R T I F I C A T I O N**

15

16          I, Alicia Jarrett, court-approved transcriber, hereby

17  certify that the foregoing is a correct transcript from the

18  official electronic sound recording of the proceedings in the

19  above-entitled matter, to the best of my ability.

20

21

22

23  _____

24  ALICIA JARRETT, AAERT NO. 428     DATE: June 29, 2022

25  ACCESS TRANSCRIPTS, LLC