## SIMPLY ESSENTIALS LLC
### Balance Sheet

*As of Sunday, March 31, 2019*

**ASSETS**

**Current Assets**

| | |
|---|---:|
| CASH and CASH EQUIVALANTS | ($915,066) |
| ACCOUNTS RECEIVABLE | 3,931,758 |
| INTER/INTRA COMPANY RECEIVABLE | 275,857 |
| OTHER CURRENT ASSETS | |
|   DEPOSIT RECEIVABLE | 26,956 |
|   CASH EXCHANGE | (19,725) |
|   EMPLOYEE ADVANCE | (80) |
|   PREPAID EXPENSES | 4,800 |
| TOTAL OTHER CURRENT ASSETS | 11,951 |
| INVENTORIES | |
|   LIVE INVENTORY | 4,245,755 |
|   PROCESSED INVENTORY | 1,298,983 |
|   PLANT INVENTORY | |
|   TOTAL INVENTORY | 5,544,738 |
| UNDEPOSITED FUNDS | |
| **Total Current Assets** | **8,849,238** |

**Fixed Assets**

**Property Plant & Equipment**

| | |
|---|---:|
| BUILDINGS | 3,836,068 |
| COMPUTER EQUIPMENT | 84,334 |
| CONSTRUCTION IN PROGRESS | 2,957,199 |
| FURNITURE & FIXTURES | 52,551 |
| HOUSE | 236,271 |
| LAND | 20,000 |
| MACHINERY & EQUIPMENT | 33,187,886 |
| MILL EQUIPMENT | 2,308 |
| TRACTOR/FORKLIFT | 281,068 |
| VEHICLES | 423,103 |
| WELLS/PUMPS | 53,200 |
| CAPITAL LEASED ASSETS | 471,330 |
| PBF ASSET PURCHASE | 1,977,933 |
| **Total Property Plant & Equipment** | **43,583,251** |
| Less: Accumulated Depreciation | (6,706,277) |
| Less: Accumulated Amortization | (543,270) |
| **Net Fixed Assets** | **36,333,704** |

**Other Assets**

| | |
|---|---:|
| GOODWILL | 1,551,583 |
| TRADE NAME | 3,500,000 |
| **Total Other Assets** | **5,051,583** |
| | |
| **Total Assets** | **50,234,525** |

Exhibit 7
1 of 2   Produced Natively at SE_E00310274

**LIABILITIES AND STOCKHOLDERS' EQUITY**

**CURRENT LIABILITIES**

| | |
|---|---:|
| ACCOUNTS PAYABLE | 7,426,306 |
| INTER/INTRA COMPANY PAYABLE | 490,087 |
| PBF LIABILITY | |
| OTHER CURRENT LIABILITES | |
|   ACCRUED PAYABLES | 164,683 |
|   ACCRUED INSURANCE | 6,157 |
|   ACCRUED FREIGHT | 104,157 |
|   CURRENT PORTION OF LEASE PAYABLE | |
|   CURRENT PORTION OF NOTE PAYABLE | |
|   PAYROLL TAX LIABILITY | 229,598 |
|   OTHER LIABILITY | 7,854 |
| TOTAL OTHER CURRENT LIABILITIES | 512,449 |
| **Total Current Liabilities** | **8,428,842** |

**LONG TERM LIABILITES**

| | |
|---|---:|
|   Less: Current Portion of Lease payable | |
| NOTE PAYABLE LONG-TERM | 125,699,109 |
|   Less: Current Portion of Note Payable Long-Term | |
| GROWER PAYMENT - MARKET ADJ | 5,671,385 |
| CAPITALIZED LEASES | 190,391 |
| UNCLAIMED PROPERTY | 2,877 |
| **Total Long Term Liabilities** | **131,563,762** |
| **Total Liabilities** | **139,992,604** |

**Stockholders' Equity**

| | |
|---|---:|
| RETAINED EARNINGS | (49,728,212) |
| EQUITY | (18,043,872) |
| YEAR TO DATE INCOME (LOSS) | (21,985,995) |
| **Total Stockholders' Equity** | **(89,758,079)** |
| | |
| **Total Liabilities and Stockholders' Equity** | **50,234,525** |