**SIMPLY ESSENTIALS LLC**
Balance Sheet

**As of Sunday, June 30, 2019**

**ASSETS**

**Current Assets**

| | |
|---|---:|
| CASH and CASH EQUIVALANTS | ($1,390,215) |
| ACCOUNTS RECEIVABLE | 3,206,596 |
| INTER/INTRA COMPANY RECEIVABLE | 2,317,864 |
| OTHER CURRENT ASSETS | |
|   DEPOSIT RECEIVABLE | 26,956 |
|   CASH EXCHANGE | (57,312) |
|   EMPLOYEE ADVANCE | (80) |
|   PREPAID EXPENSES | 156,695 |
| TOTAL OTHER CURRENT ASSETS | 126,259 |
| INVENTORIES | |
|   LIVE INVENTORY | 4,022,978 |
|   PROCESSED INVENTORY | 919,200 |
|   PLANT INVENTORY | |
|   TOTAL INVENTORY | 4,942,178 |
| UNDEPOSITED FUNDS | |
| **Total Current Assets** | **9,202,682** |

**Fixed Assets**
**Property Plant & Equipment**

| | |
|---|---:|
| BUILDINGS | 3,980,000 |
| COMPUTER EQUIPMENT | 1,201,350 |
| CONSTRUCTION IN PROGRESS | 2,567,168 |
| FURNITURE & FIXTURES | 46,532 |
| LAND | 20,000 |
| MACHINERY & EQUIPMENT | 32,082,405 |
| TRACTOR/FORKLIFT | 281,068 |
| VEHICLES | 379,312 |
| WELLS/PUMPS | 53,200 |
| PBF ASSET PURCHASE | 1,890,097 |
| **Total Property Plant & Equipment** | **42,501,132** |
| Less: Accumulated Depreciation | (7,828,847) |
| Less: Accumulated Amortization | (799,262) |
| **Net Fixed Assets** | **33,873,023** |

**Other Assets**

| | |
|---|---:|
| GOODWILL | 1,551,583 |
| TRADE NAME | 3,500,000 |
| **Total Other Assets** | **5,051,583** |

| | |
|---|---:|
| **Total Assets** | **48,127,288** |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

**CURRENT LIABILITIES**

| | |
|---|---:|
| ACCOUNTS PAYABLE | 7,054,026 |
| INTER/INTRA COMPANY PAYABLE | 908,778 |
| OTHER CURRENT LIABILITES | |

Exhibit 8
1 of 2    Produced Natively at SE_E00310276

| | |
|---|---:|
| ACCRUED PAYABLES | 145,279 |
| ACCRUED INSURANCE | 6,165 |
| CURRENT PORTION OF LEASE PAYABLE | |
| CURRENT PORTION OF NOTE PAYABLE | |
| PAYROLL TAX LIABILITY | 3,880 |
| OTHER LIABILITY | 3,600 |
| TOTAL OTHER CURRENT LIABILITIES | 158,924 |
| **Total Current Liabilities** | **8,121,728** |
| | |
| **LONG TERM LIABILITES** | |
| Less: Current Portion of Lease payable | |
| NOTE PAYABLE LONG-TERM | 136,331,756 |
| | |
| Less: Current Portion of Note Payable Long-Term | |
| GROWER PAYMENT - MARKET ADJ | 5,671,385 |
| CAPITALIZED LEASES | 141,415 |
| UNCLAIMED PROPERTY | 2,877 |
| **Total Long Term Liabilities** | **142,147,433** |
| **Total Liabilities** | **150,269,161** |
| | |
| **Stockholders' Equity** | |
| RETAINED EARNINGS | (50,497,350) |
| EQUITY | (18,626,982) |
| YEAR TO DATE INCOME (LOSS) | (33,017,540) |
| **Total Stockholders' Equity** | **(102,141,872)** |
| | |
| **Total Liabilities and Stockholders' Equity** | **48,127,289** |