## SIMPLY ESSENTIALS LLC
### Balance Sheet

*As of Monday, September 30, 2019*

### ASSETS

**Current Assets**

| | |
|---|---:|
| CASH and CASH EQUIVALANTS | ($1,046,964) |
| ACCOUNTS RECEIVABLE | 369,353 |
| INTER/INTRA COMPANY RECEIVABLE | 269,648 |
| OTHER CURRENT ASSETS | |
|   DEPOSIT RECEIVABLE | 26,956 |
|   LOAN RECEIVABLE | |
|   LOAN RECEIVABLE ALLOWANCE | |
| TOTAL OTHER CURRENT ASSETS | 26,956 |
| INVENTORIES | |
|   PROCESSED INVENTORY | 608,527 |
|   PLANT INVENTORY | |
|   TOTAL INVENTORY | 608,527 |
| UNDEPOSITED FUNDS | |
| **Total Current Assets** | **227,520** |

**Fixed Assets**
**Property Plant & Equipment**

| | |
|---|---:|
| BUILDINGS | 3,980,000 |
| COMPUTER EQUIPMENT | 1,201,350 |
| FURNITURE & FIXTURES | 46,532 |
| LAND | 20,000 |
| MACHINERY & EQUIPMENT | 30,322,363 |
| VEHICLES | 15,024 |
| WELLS/PUMPS | 53,200 |
| PBF ASSET PURCHASE | 656,332 |
| **Total Property Plant & Equipment** | **36,294,801** |
| Less: Accumulated Depreciation | (7,785,987) |
| **Net Fixed Assets** | **28,508,814** |

**Other Assets**

| | |
|---|---:|
| GOODWILL | 1,551,583 |
| TRADE NAME | 3,500,000 |
| ACCUMULATED AMORTIZATION | (1,135,928) |
| **Total Other Assets** | **3,915,655** |

| | |
|---|---:|
| **Total Assets** | **32,651,989** |

### LIABILITIES AND STOCKHOLDERS' EQUITY

**CURRENT LIABILITIES**

| | |
|---|---:|
| ACCOUNTS PAYABLE | 678,616 |
| INTER/INTRA COMPANY PAYABLE | 803,748 |
| OTHER CURRENT LIABILITES | |

| | |
|---|---:|
| ACCRUED PAYABLES | 217 |
| CURRENT PORTION OF LEASE PAYABLE | |
| PAYROLL TAX LIABILITY | 34,635 |
| TOTAL OTHER CURRENT LIABILITIES | 34,852 |
| **Total Current Liabilities** | **1,517,216** |
| | |
| **LONG TERM LIABILITES** | |
| Less: Current Portion of Lease payable | |
| LOAN PAYABLE | |
| NOTE PAYABLE LONG-TERM | 138,312,066 |
| Less: Current Portion of Note Payable Long-Term | |
| GROWER PAYMENT - MARKET ADJ | 5,671,385 |
| **Total Long Term Liabilities** | **143,983,451** |
| **Total Liabilities** | **145,500,667** |
| | |
| **Stockholders' Equity** | |
| RETAINED EARNINGS | (50,497,350) |
| EQUITY | (18,626,982) |
| YEAR TO DATE INCOME (LOSS) | (43,724,348) |
| **Total Stockholders' Equity** | **(112,848,680)** |
| | |
| **Total Liabilities and Stockholders' Equity** | **32,651,987** |

SEB000051