## SIMPLY ESSENTIALS LLC
### Balance Sheet

*As of Tuesday, December 31, 2019*

**ASSETS**

**Current Assets**

| | |
|---|---:|
| CASH and CASH EQUIVALANTS | ($3,779) |
| ACCOUNTS RECEIVABLE | 391,085 |
| INTER/INTRA COMPANY RECEIVABLE | 290,870 |
| OTHER CURRENT ASSETS | |
|   DEPOSIT RECEIVABLE | 26,956 |
|   LOAN RECEIVABLE | |
|   LOAN RECEIVABLE ALLOWANCE | |
|   CASH EXCHANGE | 570 |
| TOTAL OTHER CURRENT ASSETS | 27,526 |
|   PLANT INVENTORY | |
| UNDEPOSITED FUNDS | |
| **Total Current Assets** | **705,702** |

**Fixed Assets**
**Property Plant & Equipment**

| | |
|---|---:|
| BUILDINGS | 3,980,000 |
| COMPUTER EQUIPMENT | 1,201,350 |
| FURNITURE & FIXTURES | 46,532 |
| LAND | 20,000 |
| MACHINERY & EQUIPMENT | 30,322,363 |
| VEHICLES | 15,024 |
| WELLS/PUMPS | 53,200 |
| PBF ASSET PURCHASE | 656,332 |
| **Total Property Plant & Equipment** | **36,294,801** |
| Less: Accumulated Depreciation | (7,785,987) |
| **Net Fixed Assets** | **28,508,814** |

**Other Assets**

| | |
|---|---:|
| GOODWILL | 1,551,583 |
| TRADE NAME | 3,500,000 |
| ACCUMULATED AMORTIZATION | (1,284,092) |
| **Total Other Assets** | **3,767,491** |

| | |
|---|---:|
| **Total Assets** | **32,982,007** |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

**CURRENT LIABILITIES**

| | |
|---|---:|
| ACCOUNTS PAYABLE | 926,771 |
| INTER/INTRA COMPANY PAYABLE | 803,748 |
| OTHER CURRENT LIABILITES | |
|   ACCRUED PAYABLES | 217 |
|   CURRENT PORTION OF LEASE PAYABLE | |

**Exhibit 10**
1 of 2    Produced Natively at SE_E00310282

| | |
|---|---:|
| PAYROLL TAX LIABILITY | 4,876 |
| TOTAL OTHER CURRENT LIABILITIES | 5,093 |
| **Total Current Liabilities** | **1,735,612** |

**LONG TERM LIABILITES**

| | |
|---|---:|
| Less: Current Portion of Lease payable | |
| LOAN PAYABLE | |
| NOTE PAYABLE LONG-TERM | 139,427,251 |
| Less: Current Portion of Note Payable Long-Term | |
| GROWER PAYMENT - MARKET ADJ | 5,671,385 |
| **Total Long Term Liabilities** | **145,098,636** |
| **Total Liabilities** | **146,834,248** |

**Stockholders' Equity**

| | |
|---|---:|
| RETAINED EARNINGS | (94,221,698) |
| EQUITY | (18,626,982) |
| YEAR TO DATE INCOME (LOSS) | (1,003,561) |
| **Total Stockholders' Equity** | **(113,852,241)** |
| | |
| **Total Liabilities and Stockholders' Equity** | **32,982,007** |